```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0003--CV (RRB)
              "GCI COMMUNICATIONS CORP V REG COMMISSION"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/06/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 01/06/05 receipt # 00124818
          Trial by:
```

Parties of Record:                              Counsel of Record:

```
PLF 1.1          GCI COMMUNICATION CORP           Mark R. Moderow
                                                  General Communication Inc
                                                  2550 Denali Street, Suite 1000
                                                  Anchorage, AK 99503
                                                  907-868-6561
                                                  FAX 907-265-5676

                                                  Martin M. Weinstein
                                                  General Communication, Inc.
                                                  2550 Denali Street, Suite 1000
                                                  Anchorage, AK 99503
                                                  907-868-6561
                                                  FAX 907-265-5676

DEF 1.1     [T]  REGULATORY COMMISSION OF ALASKA  No counsel found for this party!

DEF 2.1          GIARD, KATE                      Robert A. Royce
                                                  Attorney General's Office
                                                  Government Affairs Section
                                                  1031 W. 4th Avenue, Suite 200
                                                  Anchorage, AK 99501
                                                  907-269-5100
                                                  FAX 907-258-4978

DEF 3.1          HARBOUR, DAVE                    Robert A. Royce
                                                  (see above)

DEF 4.1          JOHNSON, MARK K.                 Robert A. Royce
                                                  (see above)

DEF 5.1          PRICE, ANTHONY                   Robert A. Royce
                                                  (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0003--CV (RRB)
              "GCI COMMUNICATIONS CORP V REG COMMISSION"

        Including terminated parties, excluding terminated counsel
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| DEF 6.1 | STRANDBERG, JAMES S. | Robert A. Royce<br>(see above) |
| DEF 7.1 | ACS OF ANCHORAGE INC | Richard W. Maki<br>Tindall Bennett et al<br>508 W. 2nd Avenue, 3rd Floor<br>Anchorage, AK 99501<br>907-278-8533<br>FAX 907-278-8536 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0003--CV (RRB)
            "GCI COMMUNICATIONS CORP V REG COMMISSION"

                       For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 01/06/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 01/06/05 receipt # 00124818
         Trial by:


Document #   Filed      Docket text

    1 -   1  01/06/05   Complaint filed.

    2 -   1  01/06/05   PLF 1 Disclosure Statement.

 NOTE -   1  01/07/05   Issued: summons re: DEF 1-7.

    3 -   1  01/11/05   PLF 1 Return of Service Executed DEF 1 on 1/7/05.

    4 -   1  01/11/05   PLF 1 Return of Service Executed DEF 1 on 1/7/05 % of Atty Gen.

    5 -   1  01/11/05   PLF 1 Return of Service Executed DEF 3 on 1/7/05.

    6 -   1  01/11/05   PLF 1 Return of Service Executed DEF 3 on 1/7/05 % Atty Gen.

    7 -   1  01/11/05   PLF 1 Return of Service Executed DEF 6 on 1/7/05.

    8 -   1  01/11/05   PLF 1 Return of Service Executed DEF 6 on 1/7/05 % Atty Gen.

    9 -   1  01/11/05   PLF 1 Return of Service Executed DEF 2 on 1/7/05 % Atty Gen

   10 -   1  01/11/05   PLF 1 Return of Service Executed DEF 2 on 1/7/05.

   11 -   1  01/11/05   PLF 1 Return of Service Executed DEF 4 on 1/7/05.

   12 -   1  01/11/05   PLF 1 Return of Service Executed DEF 4 on 1/7/05 % Atty Gen.

   13 -   1  01/11/05   PLF 1 Return of Service Executed DEF 5 on 1/7/05.

   14 -   1  01/11/05   PLF 1 Return of Service Executed DEF 5 on 1/7/05 % Atty Gen.

   15 -   1  01/11/05   PLF 1 Return of Service Executed DEF 7 on 1/7/05.

   16 -   1  01/11/05   PLF 1 Return of Service Executed DEF 7 on 1/7/05 % Birch Hoton Bittner &
                        Cherot.

   17 -   1  01/26/05   DEF 7 Attorney Appearance of R. Maki.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0003--CV (RRB)
                      "GCI COMMUNICATIONS CORP V REG COMMISSION"

                                  For all filing dates


 Document #    Filed      Docket text

    18 -  1   01/26/05   DEF 7 Disclosure Statement.

    19 -  1   01/26/05   DEF 7 Answer to Complaint.

    20 -  1   02/08/05   DEF 2-6 Attorney Appearance of R. Royce (AAG-200).

    21 -  1   02/08/05   DEF 2-6 Answer to Complaint.

    22 -  1   02/08/05   DEF 2-6 Certificate of service re: atty appearance and answer.

    23 -  1   02/09/05   DEF 2-6 Amended certificate of svc re: atty appearance & answer.

    24 -  1   02/14/05   PLF 1 Dismissal Notice (Party(s)) of Regulatory Commission of Alaska.

    25 -  1   02/15/05   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/in 28 days from svc of this ord. cc: cnsl

    26 -  1   03/02/05   DEF 7 motion for leave to amend answer w/att memo

    27 -  1   03/07/05   PLF 1 Revised Disclosure Statement.

    28 -  1   03/07/05   PLF 1 non-opposition to DEF 7 motion for leave to amend answer w/att
                         memo & att amended answer & cross petition (26-1).

    29 -  1   03/15/05   PLF 1; DEF 2-7 Rule 26(f) Report.

    30 -  1   03/15/05   DEF 2-6 non-opposition to DEF 7 motion for leave to amend answer (26-1).

    31 -  1   03/30/05   JKS Order granting motion for leave to amend answer (26-1).  cc: cnsl

    32 -  1   03/30/05   DEF 7 Answer (Amended) and cross petition.

    33 -  1   04/14/05   JKS Minute Order that Judge Singleton recuses himself. This case is
                         reassigned to Judge Sedwick for all further proceedings.  Use case
                         number A05-0003 CV (JWS) on all future filings. cc: cnsl

    34 -  1   05/03/05   JWS Minute Order recusing himself; case is reassigned to Judge
                         Beistline; use case number A05-003 CV (RRB) on all future filings. cc:
                         cnsl, Judge Beistline

    35 -  1   05/06/05   RRB Minute Order a scheduling conf is set for 5/27/05 at 10:00 a.m. in
                         Courtroom #2.  cc: cnsl

    36 -  1   05/20/05   DEF 7 motion for leave to amend answer w/att 2nd amended answer & cross
                         petition.

    37 -  1   05/27/05   RRB Order granting motion for leave to amend answer (36-1). cc: cnsl

    38 -  1   05/27/05   DEF 7 Answer (2nd Amended) and cross petition.

    39 -  1   06/02/05   RRB Court Minutes [ECR: April Karper] re Scheduling Conf (held 5/27/05);
                         mot at dkt #36 for leave to amend answer GRANTED, ord SIGNED; GCI to pay
                         for the administrative record from 7/2003 forward, ACS to pay for record
                         from 3/2000 up to 7/2003; cnsl to advise the crt of briefing schedule
                         due dates; cc: cnsl.


ACRS: R_VDSDX                 As of 12/01/05 at 3:23 PM by GARRY                       Page 2
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0003--CV (RRB)
                        "GCI COMMUNICATIONS CORP V REG COMMISSION"

                                     For all filing dates


Document #    Filed       Docket text

   40 -  1    06/13/05    PLF 1 Stipulation to approve briefing schedule: Administrative record
                          due by 7/27/05; GCI opening brief due by 9/23/05, ACS oppo brf &
                          X-appeal brf due by 11/23/05, RCA Commissioners oppo brf due by 1/23/06,
                          GCI reply and oppo brfs due by 3/23/06 and ACS reply on the X-appeal due
                          by 4/23/06.

   41 -  1    06/15/05    RRB Order granting stipulation to approve briefing schedule at dkt 40-1.
                          c: cnsl

   42 -  1    06/22/05    DEF 1 Unopposed motion for leave to file administrative record on
                          diskette.

   43 -  1    06/24/05    RRB Order granting Unopposed motion for leave to file administrative
                          record on diskette (42-1).  cc: cnsl

   44 -  1    08/22/05    DEF 2-6 Notice of Lodging Administrative Record UNDERSEAL and forwarding
                          diskette to Judge.

   45 -  1    09/02/05    DEF 2-6 Notice of filing Corrected and Supplemental Index to the
                          Administrative Record. (original attached to notice).

   46 -  1    09/02/05    PLF 1; DEF 2-7 Stipulation to approve revised briefing schedule.

   46 -  2    09/06/05    RRB Order granting stipulation to approve revised briefing schedule
                          (46-1); GCI opening brief due 10/7/05; ACS oppo & cross-appeal briefs
                          due 12/7/05;  RCA oppo briefs due 2/6/06; GCI reply & oppo briefs due
                          4/6/06; ACS reply brief on its cross-appeal due 5/6/06. cc: cnsl

   47 -  1    10/07/05    PLF 1 Unopposed motion to file overlength brief w/att overlength opening
                          brief.

   48 -  1    10/11/05    RRB Order granting unopposed motion to file overlength brief (47-1).
                          cc: cnsl

   49 -  1    10/11/05    PLF 1 motion opening Brief w/att exhs.

   50 -  1    11/03/05    PLF 1 Errata re: PLF 1 motion opening Brief (49-1) w/att exh.
```