FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 3: 56

PJ

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI, <br><br> Petitioner and <br> Cross Petition Respondent, <br><br> -vs- <br><br> KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; <br> DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; <br> MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; <br> ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; <br> JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska, <br><br> Respondents and <br> Cross Petition Respondents, <br><br> and <br><br> ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS, <br><br> Respondent and <br> Cross Petitioner. | Case No. A05-003 C/V (RRB) <br><br><br><br><br><br><br><br><br> **STIPULATION AND MOTION TO APPROVE REVISED BRIEFING SCHEDULE** |

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

51

Respondent ACS of Anchorage ("ACS"), Petitioner GCI Communication Corp. d/b/a General Communication, Inc. c/b/a GCI ("GCI"), and Respondent Commissioners of the Regulatory Commission of Alaska ("RCA Commissioners") by and through undersigned counsel, hereby file this stipulation regarding a revised briefing schedule for the case and a joint motion requesting the Court's approval of the stipulated schedule.

The undersigned counsel for ACS has discussed with opposing counsel the need to obtain a 23-day extension of time to file its opposition and cross-appeal briefs, thus moving the deadline to Friday, December 30, 2005. Counsel for GCI and the RCA Commissioners do not oppose this request. All counsel further agree that in light of the request by ACS for an extension of time, all of the deadlines in the current schedule should be similarly extended by 23 days. Thus, the parties have agreed on a revised briefing schedule as follows:

1. ACS must file its opposition and cross-appeal briefs by December 30, 2005.

2. The RCA Commissioners must file their opposition briefs by March 1, 2006.

3. GCI must file its reply and opposition briefs by April 29, 2006.

4. ACS must file its reply brief on its cross-appeal by May 29, 2006.

The parties jointly move the Court to approve this stipulated revised schedule for briefing.

| | |
|---|---|
| | TINDALL BENNETT & SHOUP<br>Attorneys for ACS of Anchorage, Inc. |
| Date: 12/2/05 | By: _____<br>Richard W. Maki<br>ABA No. 8211126 |
| | GCI COMMUNICATION CORP. d/b/a<br>General Communication, Inc. d/b/a GCI |
| Date: 12/05/05 | By: _____<br>Martin M. Weinstein<br>ABA No. 9306051 |
| | DAVID W. MARQUEZ,<br>ATTORNEY GENERAL<br>Individually Named RCA Commissioners |
| Date: 12/2/05 | By: _____<br>Robert A. Royce<br>Assistant Attorney General<br>ABA No. 8511193 |

**It is so ORDERED**

Dated: 12/8/05

_____
United States District Judge

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536