FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 30 PM 3: 18

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

GCI COMMUNICATION CORP., d/b/a )
GENERAL COMMUNICATION, INC., )
d/b/a GCI, )
                 )
        Petitioner and )
        Cross Petition Respondent, )
                 )
        -vs- )    Case No. A05-003 C/V (RRB)
                 )
KATE GIARD, in her official capacity as )
Chairwoman of the Regulatory Commission )
Of Alaska; )
DAVE HARBOUR,  in his official capacity as )  **ACS OF ANCHORAGE, INC.'S**
Commissioner of the Regulatory Commission )  **UNOPPOSED MOTION TO**
Of Alaska; )  **FILE OVERLENGTH**
MARK K. JOHNSON, in his official capacity as )  **OPPOSITION AND**
Commissioner of the Regulatory Commission )  **CROSS-PETITION BRIEF**
Of Alaska; )  **RE: FINAL RATES AND TERMS**
ANTHONY PRICE, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
JAMES S. STRANDBERG, in his official )
capacity as Commissioner of the Regulatory )
Commission Of Alaska, )
                 )
        Respondents and )
        Cross Petition Respondents, )
                 )
and )
                 )
ACS OF ANCHORAGE, INC., d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and ACS, )
                 )
        Respondent and )
        Cross Petitioner. )
_____ )

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

1

Respondent and Cross-Petitioner ACS of Anchorage, Inc., by and through counsel, and pursuant to Local Rule 7.1, moves for leave to file an overlength Opposition and Cross-Petition Brief Re: Final Rates and Terms. The brief is seventy-nine pages long. The brief is in response to GCI's opening brief, which was seventy-four pages long. The brief addresses the many issues raised by GCI in its brief, as well as an additional cross-petition issue. Given the technical nature of the subject matter of this lawsuit (telecommunications) and the number and complexity of the issues in dispute, undersigned counsel was not able to keep the brief within the fifty-page limit set forth in Local Rule 10.1(l).

Undersigned counsel has communicated with opposing counsel for both GCI and the RCA Commissioners, and they do not oppose this motion.

The proposed overlength brief is filed herewith.

DATED at Anchorage, Alaska, this 30th day of December, 2005.

TINDALL BENNETT & SHOUP
Attorneys for Respondent ACS
of Anchorage, Inc.

By: _____
        Richard W. Maki
        ABA No. 8211126

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2