LODGED
DEC 3 0 2005

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

GCI COMMUNICATION CORP., d/b/a )
GENERAL COMMUNICATION, INC., )
d/b/a GCI, )
           )
       Petitioner and )
       Cross Petition Respondent, )
           )
       -vs- )    Case No. A05-003 C/V (RRB)
           )
KATE GIARD, in her official capacity as )
Chairwoman of the Regulatory Commission )
Of Alaska; )    **ORDER**
DAVE HARBOUR,  in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
MARK K. JOHNSON, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
ANTHONY PRICE, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
JAMES S. STRANDBERG, in his official )
capacity as Commissioner of the Regulatory )
Commission Of Alaska, )
           )
       Respondents and )
       Cross Petition Respondents, )
           )
and )
           )
ACS OF ANCHORAGE, INC., d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and ACS, )
           )
       Respondent and )
       Cross Petitioner. )
_____ )

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

3

Respondent and Cross-Petitioner ACS of Anchorage, Inc., having filed a Motion for Leave to File Overlength Opposition and Cross-Petition Brief Re: Final Rates and Terms, and the matter having been fully considered,

IT IS ORDERED that the motion is GRANTED. ACS of Anchorage, Inc.'s Opposition and Cross-Petition Brief Re: Final Rates and Terms is accepted for filing.

DATED at Anchorage, Alaska this ____4____ day of ____January____, 2006.

Hon. Ralph R. Beistline
U.S. District Court Judge

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

4