DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually Named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GCI COMMUNICATIONS CORP., d/b/a  )
GENERAL COMMUNICATION, INC. d/b/a )
GCI                               )
        Petitioner              )
                                  )
v.                                )
                                  )
REGULATORY COMMISSION OF          )
ALASKA;                           )
                                  )
KATE GIARD, in her official capacity as   )
Chairwoman of the Regulatory Commission   )
Of Alaska;                        )
                                  )
DAVE HARBOUR, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska;                        )
                                  )
MARK K. JOHNSON, in his official capacity )
As Commissioner of the Regulatory )
Commission Of Alaska;             )
                                  )
ANTHONY PRICE, in his official capacity as )
Commissioner of the Regulatory Commission  )
Of Alaska;                        )     Case No.: A05-003 CV

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;

And,

ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS;

        Respondents.

## STIPULATION AND MOTION TO APPROVE REVISED BRIEFING SCHEDULE

Petitioner GCI Communication Corp. d/b/a/ General Communication, Inc. c/b/a ("GCI"), Respondent Commissioners of the Regulatory Commission of Alaska ("RCA Commissioners"), and Respondent ACS of Anchorage ("ACS") by and through undersigned counsel, hereby file this stipulation regarding a revised briefing schedule for the case and a joint motion requesting the Court's approval of the stipulated schedule.

The undersigned counsel for the RCA Commissioners has discussed with opposing counsel the need to obtain a 30-day extension of time to file their brief, thus moving the deadline to Tuesday, April 4, 2006. Counsel for GCI and ACS do not oppose this request. All counsel further agree that in light of the request for an extension of time, all of the deadlines in the current schedule should be similarly extended. Thus, the parties have agreed on a revised briefing schedule as follows:

*GCI vs. RCA and ACS*
Stipulation and Motion to Approve
Revised Briefing Schedule
A05-003 C/V (RRB)

Page 2 of 3

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

1. RCA Commissioners must file their brief by April 4, 2006.

2. GCI must file its reply and opposition briefs by June 5, 2006.

3. ACS must file its reply brief on its cross-appeal by July 10, 2006.

The parties jointly move the Court to approve this stipulated revised schedule for briefing.

DAVID W. MÁRQUEZ
Attorney General
Attorney for the RCA Commissioners

Date: 2/21/06          By: _____
                           Robert A. Royce
                           Assistant Attorney General
                           ABA No. 8511193


TINDELL BENNETT & SHOUP
Attorneys for ACS of Anchorage, Inc.

Date: 2/14/06          By: _____
                           Richard W. Maki
                           ABA No. 8211126


GCI COMMUNICATION CORP. d/b/a
General Communication, Inc. d/b/a GCI

Date: 2/21/06          By: _____
                           Martin M. Weinstein
                           ABA No. 9306051

*GCI vs. RCA and ACS*
Stipulation and Motion to Approve
Revised Briefing Schedule
A05-003 C/V (RRB)

Page 3 of 3