DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br><br>Petitioner<br><br>v.<br><br>REGULATORY COMMISSION OF ALASKA;<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission Of Alaska;<br><br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-003 CV (RRB) |

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

JAMES S. STRANDBERG, in his official )
capacity as Commissioner of the Regulatory )
Commission of Alaska; )
)
And, )
)
ACS OF ANCHORAGE, INC. d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and, ACS; )
)
               Respondents. )
)

## ORDER

The Stipulation and Motion to Approve Revised Briefing Schedule is GRANTED.

RCA Commissioners will file their brief by April 4, 2006. GCI will file its reply and opposition briefs by June 5, 2006 and ACS will file its reply brief on its cross-appeal by July 10, 2006.

DATED this 22 day of February, 2006 at Anchorage, Alaska.

Ralph R. Beistline
U.S. District Court Judge