DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a ) | |
| GENERAL COMMUNICATION, INC. d/b/a ) | |
| GCI ) | |
|     Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| REGULATORY COMMISSION OF ) | |
| ALASKA; ) | |
| ) | |
| KATE GIARD, in her official capacity as ) | |
| Chairwoman of the Regulatory Commission ) | |
| Of Alaska; ) | |
| ) | |
| DAVE HARBOUR, in his official capacity as ) | |
| Commissioner of the Regulatory Commission ) | |
| Of Alaska; ) | |
| ) | |
| MARK K. JOHNSON, in his official capacity ) | |
| As Commissioner of the Regulatory ) | |
| Commission Of Alaska; ) | |
| ) | |
| ANTHONY PRICE, in his official capacity as ) | |
| Commissioner of the Regulatory Commission ) Case No.: A05-003 CV | |
| Of Alaska; JAMES S. STRANDBERG, in his ) | |
| official capacity as Commissioner of the ) | |
| Regulatory Commission Of Alaska; ) | |

|  |  |
|---|---|
| And, | ) |
|  | ) |
|  | ) |
| ACS OF ANCHORAGE, INC. d/b/a | ) |
| ALASKA COMMUNICATIONS SYSTEMS, | ) |
| ACS LOCAL SERVICE, and, ACS; | ) |
|  | ) |
| Respondents. | ) |
| _____ | ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF**

Comes now the Individual Commissioners of the Regulatory Commission of Alaska and hereby move this Court for an extension of time until April 7, 2006, to file their brief in this proceeding.  The brief is currently due April 4, 2006, however, the Individual Commissioners respectfully request an additional three day extension to  adequately prepare the brief.  The undersigned has contacted counsel for GCI and ACS and they have stated their non-opposition to this request.

DATED this 3rd day of April, 2006, at Anchorage, Alaska.

DAVID W. MÁRQUEZ
Attorney General
Attorney for the RCA Commissioners

By: _____
Robert A. Royce
Assistant Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska  99501
Phone:  (907) 269-5100
Fax:  (907) 276-8554
E-mail:  rob_royce@law.state.ak.us
ABA No. 8511193

GCI v. RCA                                          Page 2
Case No. A05-003 Civ.
Unopposed Motion for an
Extension of Time to File Brief

DAVID W. MÂRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually Named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br>   Petitioner<br><br>v.<br><br>REGULATORY COMMISSION OF ALASKA;<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission Of Alaska;<br><br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: A05-003 CV (RRB) |

| | |
|---|---|
| JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| And, | ) ) |
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS; | ) ) ) ) |
| Respondents. | ) ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of April, 2006, true and correct copies of the *Unopposed Motion For An Extension Of Time To File Brief And Order* was served by mail on the following individuals:

Mark Moderow  
Martin Weinstein  
General Communication, Inc.  
2550 Denali Street, Ste. 1000  
Anchorage, Alaska 99503  

Richard W. Maki  
Tindall Bennett & Shoup, PC  
508 W. 2nd Avenue, 3rd FL  
Anchorage, Alaska 99501  

Kate Giard, Chairman  
Regulatory Commission of Alaska  
701 W. 8th Ave., Ste. 300  
Anchorage, AK  99501  

_____  
Regina O'Keefe