|  |  |
|---|---|
| And, | ) |
|  | ) |
|  | ) |
| ACS OF ANCHORAGE, INC. d/b/a | ) |
| ALASKA COMMUNICATIONS SYSTEMS, | ) |
| ACS LOCAL SERVICE, and, ACS; | ) |
|  | ) |
| Respondents. | ) |
| _____ | ) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE BRIEF**

Comes now the Individual Commissioners of the Regulatory Commission of Alaska and hereby move this Court for an extension of time until April 7, 2006, to file their brief in this proceeding. The brief is currently due April 4, 2006, however, the Individual Commissioners respectfully request an additional three day extension to adequately prepare the brief. The undersigned has contacted counsel for GCI and ACS and they have stated their non-opposition to this request.

DATED this 3rd day of April, 2006, at Anchorage, Alaska.

                                                        DAVID W. MÁRQUEZ
                                                      Attorney General
                                                      Attorney for the RCA Commissioners

                                                      By:  s/Robert A. Royce
                                                         Robert A. Royce
                                                         Assistant Attorney General
                                                         1031 W. 4th Avenue, Suite 200
                                                         Anchorage, Alaska  99501
                                                         Phone:  (907) 269-5100
                                                         Fax:  (907) 276-8554
                                                         E-mail:  rob_royce@law.state.ak.us
                                                         ABA No. 8511193

GCI v. RCA                                   Page 2
Case No. A05-003 Civ.
Unopposed Motion for an
Extension of Time to File Brief