UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GCI COMMUNICATIONS CORP   v.   REGULATORY COMMISSION, et al.

DATE:   April 5, 2006   CASE NO.   3:05-cv-0003-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION**

The Unopposed Motion for an Extension of Time to File Brief (Docket 60) is hereby **GRANTED**. The brief of the Individual Commissioners is due **April 7, 2006.**

M.O. GRANTING EXTENSION