DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br><br>    Petitioner and Cross Petition<br>    Respondent,<br>v.<br><br><br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; *et al.*,<br><br>    Respondents and Cross<br>    Petition Respondents,<br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and Cross<br>    Petitioner,<br>_____ | Case No.: A05-003 CV<br><br>REGULATORY COMMISSION OF ALASKA'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF |

The Individual Commissioner's of the Regulatory Commission of Alaska, by and through counsel, and pursuant to Local Rule 7.1, move for leave to file an overlength brief. The brief is seventy-five pages long. The brief is in response to GCI's Opening Brief of 74 pages and ACS' Cross-Petition Brief Re: Final Rates and Terms that totaled 50 pages. Given the length of the opposing briefs and the complexity of the issues raised in this lawsuit, counsel was not able to keep the brief within the fifty page limit set forth in Local Rule 10.1(l).

Undersigned counsel has communicated with opposing counsel for both GCI and ACS, and they do not oppose this motion.

The proposed overlength brief is filed herewith.

DATED this 7th day of April, 2006, at Anchorage, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL
        Attorney for the RCA Commissioners

By: s/Robert Royce
    Robert A. Royce
    Assistant Attorney General
    1031 W. 4th Avenue, Ste. 200
    Anchorage, Alaska 99501
    Phone: (907) 269-5103
    Fax: (907) 276-8554
    E-mail: Robert_Royce@law.state.ak.us
    ABA No. 8511193

Regulatory Commission of Alaska's     Page 2 of 2
Unopposed Motion to File Overlength Brief
*GCI vs. RCA et al*
A-05-003 CV