DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GCI COMMUNICATIONS CORP., d/b/a      )
GENERAL COMMUNICATION, INC. d/b/a    )
GCI                                   )
      Petitioner and Cross Petition    )
      Respondent,                      )
v.                                    )
                                      )
                                      )  Case No.: A05-003 CV
                                      )
                                      )
KATE GIARD, in her official capacity as  )
Chairwoman of the Regulatory Commission  )  CERTIFICATE OF SERVICE
Of Alaska; *et al.*,                  )
                                      )
      Respondents and Cross            )
      Petition Respondents,            )
and                                   )
                                      )
ACS OF ANCHORAGE, INC., d/b/a ALASKA )
COMMUNICATIONS SYSTEMS, ACS           )
LOCAL SERVICE, and ACS,               )
                                      )
      Respondent and Cross             )
      Petitioner,                      )
_____ _)

I HEREBY CERTIFY that on the 7th day of April, 2006, true and correct copies of the *Regulatory Commission of Alaska's Unopposed Motion to File Overlength Brief, Brief of the Individual Commissioners of the Regulatory Commission of Alaska, and Exhibits* were served by electronic filing on the following individuals:

Mark Moderow                          Richard W. Maki
Martin Weinstein                      Tindall Bennett & Shoup, PC
General Communication, Inc.           508 W. 2nd Avenue, 3rd FL
2550 Denali Street, Ste. 1000         Anchorage, Alaska 99501
Anchorage, Alaska 99503

**Mailed without Enclosures to:**

Kate Giard, Chairman
Regulatory Commission of 701 W. 8th
Ave., Ste. 300
Anchorage, AK  99501

s/Regina O'Keefe_____
Law Office Assistant