DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the individually named RCA Commissioners

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a )<br>GENERAL COMMUNICATION, INC. d/b/a )<br>GCI )<br>       Petitioner      ) <br>  ) <br>v.  ) <br>  ) <br>REGULATORY COMMISSION OF )<br>ALASKA; )<br>  ) <br>KATE GIARD, in her official capacity as )<br>Chairwoman of the Regulatory Commission )<br>Of Alaska; )<br>  ) <br>DAVE HARBOUR, in his official capacity as )<br>Commissioner of the Regulatory Commission )<br>Of Alaska; )<br>  ) <br>MARK K. JOHNSON, in his official capacity )<br>As Commissioner of the Regulatory )<br>Commission Of Alaska; )<br>  ) <br>ANTHONY PRICE, in his official capacity as )<br>Commissioner of the Regulatory Commission )<br>Of Alaska; )<br>  ) | Case No.: A05-003 CV |

GCI v. RCA
Case No.: A05-003 Civ.
Order                                             1

| | |
|---|---|
| JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) |
| | ) |
| And, | ) |
| | ) |
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS; | ) ) ) |
| | ) |
| Respondents. | ) |
| _____ | _) |

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Regulatory Commission of Alaska's Motion to File the Overlength Brief is GRANTED.

                                                                                     Judge Ralph R. Beistline