UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

GCI COMMUNICATIONS   v.   REGULATORY COMMISSION

DATE: April 10, 2006          CASE NO.   3:05-cv-0003-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE OVERLENGTH BRIEF**

---

**IT IS HEREBY ORDERED** that the Regulatory Commission of Alaska's Motion to File the Overlength Brief at Docket 63 is **GRANTED.** RCA Commissioners shall now file and serve the brief attached to their Motion to File Overlength Brief.

M.O. GRANTING OVERLENGTH BRIEF