DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually Named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a ) <br> GENERAL COMMUNICATION, INC. d/b/a ) <br> GCI ) <br>          Petitioner and Cross Petition ) <br>          Respondent, ) <br> v. ) <br>  ) <br>  ) <br> KATE GIARD, in her official capacity as ) <br> Chairwoman of the Regulatory Commission ) <br> Of Alaska; *et al*., ) <br>  ) <br>          Respondents and Cross ) <br>          Petition Respondents, ) <br> and ) <br>  ) <br> ACS OF ANCHORAGE, INC., d/b/a ALASKA ) <br> COMMUNICATIONS SYSTEMS, ACS ) <br> LOCAL SERVICE, and ACS, ) <br>  ) <br>          Respondent and Cross ) <br>          Petitioner, ) <br> _____) | Case No.: A05-003 CV <br><br> BRIEF OF THE INDIVIDUAL COMMISSIONERS OF THE REGULATORY COMMISSION OF ALASKA |

DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually Named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a ) <br> GENERAL COMMUNICATION, INC. d/b/a ) <br> GCI ) <br>        Petitioner and Cross Petition ) <br>        Respondent, ) <br> v. ) <br> ) <br> ) <br> KATE GIARD, in her official capacity as ) <br> Chairwoman of the Regulatory Commission ) <br> Of Alaska; *et al*., ) <br> ) <br>        Respondents and Cross ) <br>        Petition Respondents, ) <br> and ) <br> ) <br> ACS OF ANCHORAGE, INC., d/b/a ALASKA ) <br> COMMUNICATIONS SYSTEMS, ACS ) <br> LOCAL SERVICE, and ACS, ) <br> ) <br>        Respondent and Cross ) <br>        Petitioner, ) <br> _____) | Case No.: A05-003 CV <br><br> NOTICE OF FILING BRIEF |

The Individual Commissioners of the Regulatory Commission of Alaska, by and through counsel, submit this document as notice of filing of the Individual Commissioners of the Regulatory Commission of Alaska's brief and exhibits. On April 7, 2006, the brief was electronically filed and docketed as an attachment to the Individual Commissioners' Motion for Overlength Brief. Please see the brief and the exhibits at docket 63.

Respectfully submitted this 12th day of April, 2006.

> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
> Attorney for the RCA Commissioners
>
> By: s/Robert Royce
> Robert A. Royce
> Assistant Attorney General
> 1031 W. 4th Avenue, Ste. 200
> Anchorage, Alaska 99501
> Phone: (907) 269-5103
> Fax: (907) 276-8554
> E-mail: Robert_Royce@law.state.ak.us
> ABA No. 8511193

Notice of Filing Brief                                         Page 2 of 2
*GCI vs. RCA et al*
A05-003 CV

DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually Named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a )<br>GENERAL COMMUNICATION, INC. d/b/a )<br>GCI )<br>      Petitioner and Cross Petition )<br>      Respondent, )<br>v. )<br> )<br> ) Case No.: A05-003 CV<br> )<br> )<br>KATE GIARD, in her official capacity as )<br>Chairwoman of the Regulatory Commission ) CERTIFICATE OF SERVICE<br>Of Alaska; *et al*., )<br> )<br>      Respondents and Cross )<br>      Petition Respondents, )<br>and )<br> )<br>ACS OF ANCHORAGE, INC., d/b/a ALASKA )<br>COMMUNICATIONS SYSTEMS, ACS )<br>LOCAL SERVICE, and ACS, )<br> )<br>      Respondent and Cross )<br>      Petitioner, )<br>_____) | |

I HEREBY CERTIFY that on the 12th day of April, 2006, true and correct copies of the *Notice of Filing* were served by electronic filing on the following individuals:

Mark Moderow
Martin Weinstein
General Communication, Inc.
2550 Denali Street, Ste. 1000
Anchorage, Alaska 99503

Richard W. Maki
Tindall Bennett & Shoup, PC
508 W. 2nd Avenue, 3rd FL
Anchorage, Alaska 99501

**Mailed to:**

Kate Giard, Chairman
Regulatory Commission of Alaska
701 W. 8th Ave., Ste. 300
Anchorage, AK  99501

s/Regina O'Keefe
Law Office Assistant