DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI | ) ) ) |
|        Petitioner and Cross Petition Respondent, | ) ) |
| v. | ) ) ) |
| | ) Case No.: A05-003 CV |
| | ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; *et al.*, | ) ) CERTIFICATE OF SERVICE ) |
| | ) |
|        Respondents and Cross Petition Respondents, | ) ) ) |
| and | ) ) |
| ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS, | ) ) ) |
| | ) |
|        Respondent and Cross Petitioner, | ) ) |
| _____ | _ ) |

I HEREBY CERTIFY that on the 12th day of April, 2006, true and correct copies of the *Brief of the Individual Commissioners of the Regulatory Commission of Alaska and Exhibits* were served by electronic filing on the following individuals:

Mark Moderow                           Richard W. Maki
Martin Weinstein                       Tindall Bennett & Shoup, PC
General Communication, Inc.            508 W. 2nd Avenue, 3rd FL
2550 Denali Street, Ste. 1000          Anchorage, Alaska 99501
Anchorage, Alaska 99503

**Mailed without Enclosures to:**

Kate Giard, Chairman
Regulatory Commission of 701 W. 8th
Ave., Ste. 300
Anchorage, AK  99501


s/Regina O'Keefe_____
Law Office Assistant