DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATIONS CORP., d/b/a ) <br> GENERAL COMMUNICATION, INC. d/b/a ) <br> GCI ) <br>       Petitioner and Cross Petition ) <br>       Respondent, ) <br> v. ) <br> ) <br> ) Case No.: A05-003 CV <br> ) <br> ) <br> KATE GIARD, in her official capacity as ) <br> Chairwoman of the Regulatory Commission ) CERTIFICATE OF SERVICE <br> Of Alaska; *et al*., ) <br> ) <br>       Respondents and Cross ) <br>       Petition Respondents, ) <br> and ) <br> ) <br> ACS OF ANCHORAGE, INC., d/b/a ALASKA ) <br> COMMUNICATIONS SYSTEMS, ACS ) <br> LOCAL SERVICE, and ACS, ) <br> ) <br>       Respondent and Cross ) <br>       Petitioner, ) <br> _____ \_) | |

I HEREBY CERTIFY that on the 13th day of April, 2006, true and correct copies of the *Brief of the Individual Commissioners of the Regulatory Commission of Alaska and Exhibits* were served by electronic filing on the following individuals:

| | |
|---|---|
| Mark Moderow | Richard W. Maki |
| Martin Weinstein | Tindall Bennett & Shoup, PC |
| General Communication, Inc. | 508 W. 2nd Avenue, 3rd FL |
| 2550 Denali Street, Ste. 1000 | Anchorage, Alaska 99501 |
| Anchorage, Alaska 99503 | |

**Mailed without Enclosures to:**

Kate Giard, Chairman
Regulatory Commission of 701 W. 8th
Ave., Ste. 300
Anchorage, AK  99501

s/Regina O'Keefe_____
Law Office Assistant

GCI v. RCA
Case No. A05-003 Civ.
Certificate of Service

2