Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC.  d/b/a GCI | )<br>)<br>) |
| Petitioner | ) Case No. A05-003 CIV(RRB) |
| v. | ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | )<br>)<br>) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | )<br>)<br>) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>) |
| And, | ) |

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion To File Over-Length Brief
May 31, 2006
Page 1 of 3

ACS OF ANCHORAGE, INC. d/b/a           )
ALASKA COMMUNICATIONS SYSTEMS,  )
ACS LOCAL SERVICE, and, ACS;            )
                                                                    )
            Respondents.                                )
                                                                    )

## UNOPPOSED MOTION TO FILE OVER-LENTGH BRIEF

Pursuant to Local Rule 7.1, Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby moves the Court for permission to file an over-length reply brief, which is presently due on June 5, 2006. This brief responds to both the RCA Commissioners' and ACS' Opposition briefs and further responds to ACS' Cross-Petition Brief Re: Final Rates And Terms. The foregoing briefs were also over-length briefs. Given the complexity of the telecommunications issues in this case, the undersigned counsel was unable to adhere to the normal 25-page limit set forth in Local Rule 10.1(L) and found it necessary to exceed this limit. The brief has not yet been finalized as it is due on June 5, 2006, but the undersigned estimates that when finalized the brief will be approximately 83-page in length.[1] The undersigned has discussed this motion with counsel for ACS and the RCA Commissioners, and they do not oppose this motion.

---

[1] GCI understands from the clerk of the court that with the new electronic filing system a party requesting to file an over-length brief should file its request in advance of the due date for the filing.

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion To File Over-Length Brief
May 31, 2006
Page 2 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Respectfully submitted this 31st day of May 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

  /s  Martin M. Weinstein
Martin M. Weinstein
Regulatory Attorney
Alaska Bar No. 9306051

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 31st day of May, 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By:  /s Nancy Newell
Nancy Newell