Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Fax: 907-265-5676
Email: **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI | )<br>)<br>)<br>) |
| Petitioner | ) Case No.: A05-003 CV(RRB) |
| v. | )<br>) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | )<br>)<br>)<br>) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | )<br>)<br>)<br>) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>)<br>) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>)<br>) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | )<br>)<br>)<br>) |

Case No. A05-003
[Proposed] Order Re: GCI's Request For Permission To File Over-Length Brief
May 31, 2006
Page 1 of 3

And, )
)
ACS OF ANCHORAGE, INC. d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and, ACS; )
)
      Respondents. )
)

## [PROPOSED] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI") has filed an unopposed motion requesting permission to file an 83-page over-length brief in reply to the RCA Commissioners' and ACS of Anchorage Inc.'s ("ACS") Opposition Brief and in further response to ACS' Cross-Petition Brief On Final Rates And Terms in the above-captioned matter, and the individual RCA Commissioners and ACS do not oppose this motion;

The matter having been fully considered,

**IT IS SO ORDERED** that GCI's motion is **GRANTED** and its request to file an over-length brief currently due on June 5, 2006 is **APPROVED**.

**DATED** at _____, Alaska, this _____ day of _____, 2006.

                                    _____
                                    Ralph R. Beistline
                                    District Court Judge

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically served on the counsel of record identified below this 31st day of May, 2006.

      Robert Royce
      Assistant Attorney General
      Department of Law
      1031 W. 4th Avenue, Suite 200
      Anchorage, Alaska 99501

      Richard Maki
      Tindall Bennett & Shoup
      508 West 2d Avenue, Third Floor
      Anchorage, Alaska 99501

By:   /s Nancy Newell
      Nancy Newell

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. A05-003
[Proposed] Order Re: GCI's Request For Permission To File Over-Length Brief
May 31, 2006
Page 3 of 3