Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI | ) ) ) ) |
| Petitioner | ) Case No. A05-003 CIV(RRB) ) |
| v. | ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | ) ) ) ) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| And, | ) ) ) |

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

|   |   |
|---|---|
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS; | ) ) ) ) |
| Respondents. | ) ) |

## UNOPPOSED MOTION FOR SHORTENED TIME

Pursuant to Local Rule 7.2(c), Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby moves the Court to consider its unopposed motion to file an over-length brief on shortened time. GCI's reply brief is currently due on June 5, 2006. Given this imminent deadline, GCI respectfully requests that the Court decide GCI's unopposed motion to file an over-length brief by Friday, June 2, 2006. The undersigned has discussed this motion with counsel for ACS and the RCA Commissioners, and they do not oppose this motion.

Respectfully submitted this 31st day of May 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

   /s Martin M. Weinstein
Martin M. Weinstein
GCI
2550 Denali Street, Ste. 1000
Anchorage AK 99503
Phone: 907-868-6561
Fax: 907-868-9594
Email: mweinstein@gci.com
Alaska Bar No. 9306051

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion For Shortened Time
May 31, 2006
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 31st day of May, 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By: s/ Martin Weinstein
    Martin Weinstein
    GCI
    2550 Denali Street, Ste. 1000
    Anchorage AK 99507
    907-868-6561 phone
    907-868-9594
    mweinstein@gci.com
    Alaska Bar No. 9306051

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion For Shortened Time
May 31, 2006
Page 3 of 3