Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Fax: 907-265-5676
Email: **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC.  d/b/a GCI | ) ) ) ) |
| Petitioner | ) Case No.: A05-003 CV(RRB) |
| v. | ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | ) ) ) ) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

Case No. A05-003
[Proposed] Order Re: GCI's Request For Shortened Time
May 31, 2006
Page 1 of 3

And,                                                    )
                                                        )
ACS OF ANCHORAGE, INC. d/b/a                            )
ALASKA COMMUNICATIONS SYSTEMS,                          )
ACS LOCAL SERVICE, and, ACS;                            )
                                                        )
                    Respondents.                        )
_____)

## [PROPOSED] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a

GCI ("GCI") has filed an unopposed motion requesting shortened time for the

Court to consider its motion to file an over-length brief currently due on June 5,

2006, and the individual RCA Commissioners and ACS do not oppose this

motion;

The matter having been fully considered,

**IT IS SO ORDERED** that GCI's motion is **GRANTED.**

**DATED** at _____, Alaska, this _____ day of _____,

2006.

_____
Ralph R. Beistline
District Court Judge

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically served on the counsel of record identified below this 31st day of May, 2006.

> Robert Royce
> Assistant Attorney General
> Department of Law
> 1031 W. 4th Avenue, Suite 200
> Anchorage, Alaska 99501
>
> Richard Maki
> Tindall Bennett & Shoup
> 508 West 2d Avenue, Third Floor
> Anchorage, Alaska 99501
>
> By:   s/Martin Weinstein
>      Martin Weinstein
>      GCI
>      2550 Denali Street, Ste. 1000
>      Anchorage AK 99503
>      Phone: 907-868-6561
>      Fax: 907-868-5676
>      Email: mweinstein@gci.com
>      Alaska Bar No. 9306051

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600