Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI <br><br> Petitioner <br><br> v. <br><br> KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; <br><br> DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; <br><br> MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; <br><br> ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; <br><br> JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; <br><br> And, | Case No. A05-003 CIV(RRB) |

Case No. Case No. A05-003 CIV (RRB)
Affidavit of Martin M. Weinstein
May 31, 2006
Page 1 of 4

ACS OF ANCHORAGE, INC. d/b/a           )
ALASKA COMMUNICATIONS SYSTEMS,   )
ACS LOCAL SERVICE, and, ACS;              )
                                                                     )
          Respondents.                             )
_____)

## AFFIDAVIT OF MARTIN M. WEINSTEIN

STATE OF ALASKA            )
                                           ) ss.
THIRD JUDICIAL DISTRICT )

       I, MARTIN M. WEINSTEIN, being duly sworn, deposes and says:

       1.      My name is Martin M. Weinstein. I am employed by GCI as an in-house attorney. I represent GCI in the above-captioned matter. I offer this affidavit in support of GCI's Unopposed Motion To File Over-Length Brief and its companion Unopposed Motion For Shortened Time to consider the underlying motion to file an over-length brief.

       2.      The undersigned's brief responds to both the RCA Commissioners' and ACS' Opposition briefs, which were both over-length briefs, and further responds to ACS' Cross-Petition Brief Re: Final Rates And Terms. Based on the complexity and number of telecommunications issues in the case, the undersigned could not prepare its brief within the normal 25-page limit set forth in Local Rule 10.(L). The undersigned's brief is approximately 83-pages. The brief is not yet completely formatted and finalized as it is due on June 5, 2006 but I do not expect it to exceed 83-pages. This length was necessary to address all of the points set forth by the RCA Commissioners and

Case No. Case No. A05-003 CIV (RRB)
Affidavit of Martin M. Weinstein
May 31, 2006
Page 2 of 4

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

ACS in their respective briefs and to provide the Court with an adequate foundation to understand the complex points on appeal.

3. The undersigned has discussed the motion to file over-length brief with counsel for the RCA Commissioners and ACS, and they do not oppose the motion.

4. Given the fact that GCI's reply brief is currently due on June 5, 2006, the undersigned has additionally prepared and filed a motion for shortened time to consider GCI's unopposed motion to file an over-length brief. The undersigned has also discussed this motion with counsel for the RCA Commissioners and ACS, and they do not oppose this motion either.

5. This concludes my statement.

> s/ Martin M. Weinstein
> Martin M. Weinstein
> GCI
> 2550 Denali Street, Ste. 1000
> Anchorage AK 99503
> Phone: 907-868-6561
> Fax: 907-868-5676
> Email: mweinstein@gci.com
> Alaska Bar No. 9306051

**SUBSCRIBED AND SWORN** to before me this 31st day of May, 2006.

Notary Public for Alaska
My commission expires: May 6, 2010

Case No. Case No. A05-003 CIV (RRB)
Affidavit of Martin M. Weinstein
May 31, 2006
Page 3 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 31st day of May, 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By:  s/ Martin W. Weinstein
    Martin W. Weinstein
    GCI
    2550 Denali Street, Ste. 1000
    Anchorage AK 99503
    Phone:  907-868-6561
    Fax:   907-868-5676
    Email:  mweinstein@gci.com
    Alaska Bar No. 9306051

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Affidavit of Martin M. Weinstein
May 31, 2006
Page 4 of 4