Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Fax: 907-265-5676
Email: mweinstein@gci.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br><br>Petitioner<br><br>v.<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | Case No.: A05-003 CV(RRB) |

Case No. A05-003
[Proposed] Order Re: GCI's Request For Shortened Time
May 31, 2006
Page 1 of 3

GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

And,

ACS OF ANCHORAGE, INC. d/b/a
ALASKA COMMUNICATIONS SYSTEMS,
ACS LOCAL SERVICE, and, ACS;

    Respondents.

## [PROPOSED] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI") has filed an unopposed motion requesting shortened time for the Court to consider its motion to file an over-length brief currently due on June 5, 2006, and the individual RCA Commissioners and ACS do not oppose this motion;

The matter having been fully considered,

**IT IS SO ORDERED** that GCI's motion is **GRANTED**.

DATED at Anchorage, Alaska, this 5 day of June, 2006.

    Ralph R. Beistline
    District Court Judge

Case No. A05-003
[Proposed] Order Re: GCI's Request For Shortened Time
May 31, 2006
Page 2 of 3