Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Fax: 907-265-5676
Email: mweinstein@gci.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br><br>Petitioner<br><br>v.<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | Case No.: A05-003 CV(RRB) |

Case No. A05-003
[Proposed] Order Re: GCI's Request For Permission To File Over-Length Brief
May 31, 2006
Page 1 of 3



And,

ACS OF ANCHORAGE, INC. d/b/a
ALASKA COMMUNICATIONS SYSTEMS,
ACS LOCAL SERVICE, and, ACS;

    Respondents.

## [~~PROPOSED~~] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI") has filed an unopposed motion requesting permission to file an 83-page over-length brief in reply to the RCA Commissioners' and ACS of Anchorage Inc.'s ("ACS") Opposition Brief and in further response to ACS' Cross-Petition Brief On Final Rates And Terms in the above-captioned matter, and the individual RCA Commissioners and ACS do not oppose this motion;

The matter having been fully considered,

**IT IS SO ORDERED** that GCI's motion is **GRANTED** and its request to file an over-length brief currently due on June 5, 2006 is **APPROVED**.

DATED at Anchorage, Alaska, this 5 day of Jun, 2006.

_____
Ralph R. Beistline
District Court Judge

Case No. A05-003
[Proposed] Order Re: GCI's Request For Permission To File Over-Length Brief
May 31, 2006
Page 2 of 3