

## 22 Record(s) Found For Proceeding:02-201

**Record 1 through 10 displayed**

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NC* |
| **Date Received/Adopted:** *11/25/02* | **Date Released/Denied:** |
| **Document Type:** *CH ADDRESS* | **Total Pages:** *6* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** Alaska Communications Systems Of Fairbanks, Inc. | |
| **Filed By:** *Latham & Watkins* | |
| **Attorney/Author Name:** *Karen Brinkmann* | **Document Date:** *11/25/02* |
| **Complete Mailing Address:** | |
| *555 Eleventh Street, N.W.* | |
| *Suite 1000* | |
| *Washington, DC 20004 -1304* | |
| View | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NC* |
| **Date Received/Adopted:** *11/25/02* | **Date Released/Denied:** |
| **Document Type:** *CH ADDRESS* | **Total Pages:** *6* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** Alaska Communications Systems Of Anchorage, Inc. | |
| **Filed By:** *Latham & Watkins* | |
| **Attorney/Author Name:** *Karen Brinkmann* | **Document Date:** *11/25/02* |
| **Complete Mailing Address:** | |
| *555 Eleventh Street, N.W.* | |
| *Suite 1000* | |
| *Washington, DC 20004 -1304* | |
| View | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *MO* |
| **Date Received/Adopted:** *10/22/02* | **Date Released/Denied:** *10/22/02* |
| **Document Type:** *MO&O* | **Total Pages:** *9* |
| **File Number/Community:** | **DA/FCC Number:** *DA 02-2787* |
| **Filed on Behalf of:** Wireline Competition Bureau | |
| **Filed By:** *FCC* | |
| **Attorney/Author Name:** *William F. Maher, Jr.* | **Document Date:** |
| **Complete Mailing Address:** | |
| *445 12th Street, S.W.* | |
| *Washington, DC 20554* | |
| View | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NO* |
| **Date Received/Adopted:** *10/17/02* | **Date Released/Denied:** |
| **Document Type:** *NOTICE* | **Total Pages:** *6* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** Regulatory Commission of Alaska | |
| **Filed By:** | |
| **Attorney/Author Name:** *G. Nanette Thompson* | **Document Date:** *10/09/02* |
| **Complete Mailing Address:** | |
| *701 West Eight Avenue* | |
| *Suite 300* | |
| *Anchorage, AK 99501 -3469* | |
| View | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NO* |

Exhibit X
Page 1 of 10

| | |
|---|---|
| Date Received/Adopted: *10/17/02* | Date Released/Denied: |
| Document Type: *NOTICE* | Total Pages: *2* |
| File Number/Community: | DA/FCC Number: |
| Filed on Behalf of: General Communication, Inc. | |
| Filed By: *Harris, Wiltshire & Grannis, LLP* | |
| Attorney/Author Name: *Karen L. Gulick* | Document Date: |
| Complete Mailing Address: | |
| *1200 18th Street, NW* | |
| *Suite 1200* | |
| *Washington, DC 20036* | |
| NOTICE | |

| | |
|---|---|
| Proceeding: *02-201* | Type Code: *NO* |
| Date Received/Adopted: *10/16/02* | Date Released/Denied: |
| Document Type: *NOTICE* | Total Pages: *32* |
| File Number/Community: | DA/FCC Number: |
| Filed on Behalf of: Alaska Communications Systems, Inc. | |
| Filed By: *Latham & Watkins* | |
| Attorney/Author Name: *Karen Brinkmann* | Document Date: |
| Complete Mailing Address: | |
| *555 Eleventh Street, NW* | |
| *Suite 1000* | |
| *Washington, DC 20004* | |
| NOTICE | NOTICE |

| | |
|---|---|
| Proceeding: *02-201* | Type Code: *NO* |
| Date Received/Adopted: *10/03/02* | Date Released/Denied: |
| Document Type: *NOTICE* | Total Pages: *4* |
| File Number/Community: | DA/FCC Number: |
| Filed on Behalf of: General Communication, Inc. | |
| Filed By: *Harris Wiltshire & Grannis LLP* | |
| Attorney/Author Name: *John T. Nakahata* | Document Date: |
| Complete Mailing Address: | |
| *1200 Eighteenth Street, N.W.* | |
| *Suite 1200* | |
| *Washington, DC 20036* | |
| LETTER | |

| | |
|---|---|
| Proceeding: *02-201* | Type Code: *NO* |
| Date Received/Adopted: *10/01/02* | Date Released/Denied: |
| Document Type: *NOTICE* | Total Pages: *42* |
| File Number/Community: | DA/FCC Number: |
| Filed on Behalf of: General Communication, Inc. | |
| Filed By: *Harris Wiltshire & Grannis LLP* | |
| Attorney/Author Name: *John T. Nakahata* | Document Date: |
| Complete Mailing Address: | |
| *1200 Eighteenth Street, N.W.* | |
| *Suite 1200* | |
| *Washington, DC 20036* | |
| LETTER | LETTER |

| | |
|---|---|
| Proceeding: *02-201* | Type Code: *NO* |
| Date Received/Adopted: *09/25/02* | Date Released/Denied: |
| Document Type: *NOTICE* | Total Pages: *4* |
| File Number/Community: | DA/FCC Number: |
| Filed on Behalf of: Alaska Communications Systems, Inc. | |
| Filed By: *Latham & Watkins* | |
| Attorney/Author Name: *Karen Brinkmann* | Document Date: |
| Complete Mailing Address: | |
| *555 Eleventh St. NW* | |
| *Suite 1000* | |
| *Washington, DC 20004* | |

Exhibit X
Page 2 of 10

| NOTICE | NOTICE |
|---|---|
| **Proceeding:** *02-201* <br> **Date Received/Adopted:** *09/20/02* <br> **Document Type:** *NOTICE* <br> **File Number/Community:** <br> **Filed on Behalf of:** General Communication, Inc. <br> **Filed By:** *Harris Wiltshire & Grannis LLP* <br> **Attorney/Author Name:** *John T. Nakahata* <br> **Complete Mailing Address:** <br> *1200 Eighteenth Street, N.W.* <br> *Suite 1200* <br> *Washington, DC 20036* <br> LETTER | **Type Code:** *NO* <br> **Date Released/Denied:** <br> **Total Pages:** *1* <br> **DA/FCC Number:** <br><br> **Document Date:** |

Enter New Search Criteria    Back to Top of Form

1-10 | 11-20 | 21-22 | All

FCC Home Page | Search | Commissioners | Bureaus/Offices | Finding Info

*updated 12/11/03*



# 22 Record(s) Found For Proceeding:02-201

Record 11 through 20 displayed

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NO* |
| **Date Received/Adopted:** *09/20/02* | **Date Released/Denied:** |
| **Document Type:** *NOTICE* | **Total Pages:** *4* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** Alaska Communications Systems, Inc. | |
| **Filed By:** *Latham & Watkins* | |
| **Attorney/Author Name:** *Karen Brinkmann* | **Document Date:** |
| **Complete Mailing Address:** | |
| *555 Eleventh St. NW* | |
| *Suite 1000* | |
| *Washington, DC 20004* | |
| NOTICE | NOTICE |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NO* |
| **Date Received/Adopted:** *09/18/02* | **Date Released/Denied:** |
| **Document Type:** *NOTICE* | **Total Pages:** *1* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** General Communication, Inc. | |
| **Filed By:** *Harris Wiltshire & Grannis LLP* | |
| **Attorney/Author Name:** *John T. Nakahata* | **Document Date:** |
| **Complete Mailing Address:** | |
| *1200 Eighteenth Street, N.W.* | |
| *Suite 1200* | |
| *Washington, DC 20036* | |
| LETTER | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *NO* |
| **Date Received/Adopted:** *09/18/02* | **Date Released/Denied:** |
| **Document Type:** *NOTICE* | **Total Pages:** *1* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** General Communication Inc. | |
| **Filed By:** *Harris Wiltshire & Grannis* | |
| **Attorney/Author Name:** *John T. Nakahata* | **Document Date:** |
| **Complete Mailing Address:** | |
| *1200 Eighteenth Street, N.W.* | |
| *Suite 1200* | |
| *Washington, DC 20036* | |
| LETTER | |

| | |
|---|---|
| **Proceeding:** *02-201* | **Type Code:** *CO* |
| **Date Received/Adopted:** *09/03/02* | **Date Released/Denied:** |
| **Document Type:** *COMMENT* | **Total Pages:** *4* |
| **File Number/Community:** | **DA/FCC Number:** |
| **Filed on Behalf of:** Wariner, Gesinger & Associates | |
| **Filed By:** | |
| **Attorney/Author Name:** | **Document Date:** |
| **Complete Mailing Address:** | |
| *10561 Barkley Street* | |
| *Suite 550* | |
| *Overland Park, KS 66212* | |
| COMMENT | |

Exhibit X
Page 4 of 10

| | |
|---|---|
| Proceeding: *02-201*<br>Date Received/Adopted: *08/27/02*<br>Document Type: *REPLY COMM*<br>File Number/Community:<br>Filed on Behalf of: ACS of Anchorage, Inc., ACS of Fairbanks, Inc.<br>Filed By: *Latham & Watkins*<br>Attorney/Author Name: *Karen Brinkmann*<br>Complete Mailing Address:<br>*555 Eleventh Street NW*<br>*Suite 1000*<br>*Washington, DC 20004*<br>REPLY TO COMMENTS | Type Code: *RC*<br>Date Released/Denied:<br>Total Pages: *28*<br>DA/FCC Number:<br><br>Document Date: |
| Proceeding: *02-201*<br>Date Received/Adopted: *08/27/02*<br>Document Type: *REPLY COMM*<br>File Number/Community:<br>Filed on Behalf of: UNITED STATES TELECOM ASSOCIATION<br>Filed By:<br>Attorney/Author Name: *ROBIN E. TUTTLE*<br>Complete Mailing Address:<br>*1401 H STREET, NW*<br>*SUITE 600*<br>*WASHINGTON, DC 20005 -2164*<br>REPLY TO COMMENTS | Type Code: *RC*<br>Date Released/Denied:<br>Total Pages: *3*<br>DA/FCC Number:<br><br>Document Date: |
| Proceeding: *02-201*<br>Date Received/Adopted: *08/20/02*<br>Document Type: *OPPOSE*<br>File Number/Community:<br>Filed on Behalf of: General Communication, Inc.<br>Filed By: *Harris, Wiltshire & Grannis, LLP*<br>Attorney/Author Name: *John T. Nakahata and Karen L.*<br>Complete Mailing Address:<br>*1200 18th Street, N.W.*<br>*Suite 1200*<br>*Washington, DC 20036*<br>OPPOSITION | Type Code: *OP*<br>Date Released/Denied:<br>Total Pages: *98*<br>DA/FCC Number:<br><br>Document Date:<br><br><br>OPPOSITION |
| Proceeding: *02-201*<br>Date Received/Adopted: *08/20/02*<br>Document Type: *COMMENT*<br>File Number/Community:<br>Filed on Behalf of: Alaska Telephone Association<br>Filed By:<br>Attorney/Author Name:<br>Complete Mailing Address:<br>*201 E. 56th, Suite 114*<br>*Anchorage, AK 99518*<br>COMMENT | Type Code: *CO*<br>Date Released/Denied:<br>Total Pages: *5*<br>DA/FCC Number:<br><br>Document Date: |
| Proceeding: *02-201*<br>Date Received/Adopted: *08/19/02*<br>Document Type: *COMMENT*<br>File Number/Community:<br>Filed on Behalf of: Alaska Regulatory Commission<br>Filed By:<br>Attorney/Author Name: *Steve DeVries*<br>Complete Mailing Address:<br>*Department of Law*<br>*1031 W. Fourth Avenue, Suite 200*<br>*Anchorage, AK 99501* | Type Code: *CO*<br>Date Released/Denied:<br>Total Pages: *62*<br>DA/FCC Number:<br><br>Document Date: *08/15/02* |

| View | View |
|---|---|
| Proceeding: *02-201*<br>Date Received/Adopted: *08/19/02*<br>Document Type: *COMMENT*<br>File Number/Community:<br>Filed on Behalf of: Alaska Regulatory Commission<br>Filed By:<br>Attorney/Author Name: *Steve DeVries*<br>Complete Mailing Address:<br>*1031 West 4th Avenue*<br>*Suite 200*<br>*Anchorage, AK 99501 -5903*<br>View | Type Code: *CO*<br>Date Released/Denied:<br>Total Pages: *62*<br>DA/FCC Number:<br><br><br>Document Date: *08/16/02* |

Enter New Search Criteria　　Back to Top of Form

1-10 | 11-20 | 21-22 | All

| FCC Home Page | Search | Commissioners | Bureaus/Offices | Finding Info |

*updated 12/11/03*

Exhibit X
Page 6 of 10



## 22 Record(s) Found For Proceeding:02-201

**Record 21 through 22 displayed**

| | |
|---|---|
| Proceeding: *02-201*<br>Date Received/Adopted: *07/30/02*<br>Document Type: *PUB NOTICE*<br>File Number/Community:<br>Filed on Behalf of: Pricing Policy Division<br>Filed By: *FCC*<br>Attorney/Author Name: *Margaret Dailey*<br>Complete Mailing Address:<br>*445 12th Street, S.W.*<br>*Washington, DC 20554*<br>View | Type Code: *PN*<br>Date Released/Denied: *07/30/02*<br>Total Pages: *3*<br>DA/FCC Number: *DA 02-1847*<br><br>Document Date: |
| Proceeding: *02-201*<br>Date Received/Adopted: *07/24/02*<br>Document Type: *PETITION*<br>File Number/Community:<br>Filed on Behalf of: ACS of Anchorge, Inc. et al.<br>Filed By: *Latham & Watkins*<br>Attorney/Author Name: *Karen Krinkmann*<br>Complete Mailing Address:<br>*555 Eleventh Street, N.W.*<br>*Suite 1000*<br>*Washington, DC 20004 -1304*<br>View<br>View | Type Code: *PT*<br>Date Released/Denied:<br>Total Pages: *170*<br>DA/FCC Number:<br><br>Document Date: *07/24/02*<br><br><br><br>View   View<br>View   View |

Enter New Search Criteria   Back to Top of Form

1-10 | 11-20 | 21-22 | All

FCC Home Page | Search | Commissioners | Bureaus/Offices | Finding Info

*updated 12/11/03*



# ECFS Proceeding History Report [Result Set]
## 22 Records Were Found For Proceeding: 02-201

| Date | DOC TYPE | APPL | ATT | LAW FIRM | EXPARTE | RM# | VIEWING STATUS | RELEASE/DENIED | FCC/DA# |
|---|---|---|---|---|---|---|---|---|---|
| 11/25/2002 | CH ADDRESS | ALASKA COMMUNICATIONS SYSTEMS OF FAIRBANKS, INC. | KAREN BRINKMANN | LATHAM & WATKINS | N | | 10 | | |
| 11/25/2002 | CH ADDRESS | ALASKA COMMUNICATIONS SYSTEMS OF ANCHORAGE, INC. | KAREN BRINKMANN | LATHAM & WATKINS | N | | 10 | | |
| 10/22/2002 | MO&O | WIRELINE COMPETITION BUREAU | WILLIAM F. MAHER, JR. | FCC | N | | 10 | 10/22/2002 | DA 02-2787 |
| 10/17/2002 | NOTICE | REGULATORY COMMISSION OF ALASKA | G. NANETTE THOMPSON | | Y | | 10 | | |
| 10/17/2002 | NOTICE | GENERAL COMMUNICATION, INC. | KAREN L. GULICK | HARRIS, WILTSHIRE & GRANNIS, LLP | Y | | 10 | | |
| 10/16/2002 | NOTICE | ALASKA COMMUNICATIONS SYSTEMS, INC. | KAREN BRINKMANN | LATHAM & WATKINS | Y | | 10 | | |
| 10/03/2002 | NOTICE | GENERAL COMMUNICATION, INC. | JOHN T. NAKAHATA | HARRIS WILTSHIRE & GRANNIS LLP | Y | | 10 | | |
| 10/01/2002 | NOTICE | GENERAL COMMUNICATION, INC. | JOHN T. NAKAHATA | HARRIS WILTSHIRE & GRANNIS LLP | Y | | 10 | | |
| 09/25/2002 | NOTICE | ALASKA COMMUNICATIONS SYSTEMS, INC. | KAREN BRINKMANN | LATHAM & WATKINS | Y | | 10 | | |
| 09/20/2002 | NOTICE | GENERAL COMMUNICATION, INC. | JOHN T. NAKAHATA | | Y | | 10 | | |

Exhibit X
Page 8 of 10

| Date | Doc Type | Appl | Att | Law Firm | ExParte | RM# | Viewing Status | Release/Denied | FCC/DA# |
|---|---|---|---|---|---|---|---|---|---|
| 09/20/2002 | NOTICE | ALASKA COMMUNICATIONS SYSTEMS, INC. | KAREN BRINKMANN | HARRIS WILTSHIRE & GRANNIS LLP / LATHAM & WATKINS | Y | | 10 | | |
| 09/18/2002 | NOTICE | GENERAL COMMUNICATION, INC. | JOHN T. NAKAHATA | HARRIS WILTSHIRE & GRANNIS LLP | Y | | 10 | | |
| 09/18/2002 | NOTICE | GENERAL COMMUNICATION INC. | JOHN T. NAKAHATA | HARRIS WILTSHIRE & GRANNIS | Y | | 10 | | |
| 09/03/2002 | COMMENT | WARINNER, GESINGER & ASSOCIATES | | | N | | 10 | | |
| 08/27/2002 | REPLY COMM | UNITED STATES TELECOM ASSOCIATION | ROBIN E. TUTTLE | | N | | 10 | | |
| 08/27/2002 | REPLY COMM | ACS OF ANCHORAGE, INC., ACS OF FAIRBANKS, INC. | KAREN BRINKMANN | LATHAM & WATKINS | N | | 10 | | |
| 08/20/2002 | OPPOSE | GENERAL COMMUNICATION, INC. | JOHN T. NAKAHATA AND KAREN L. | HARRIS, WILTSHIRE & GRANNIS, LLP | N | | 10 | | |
| 08/20/2002 | COMMENT | ALASKA TELEPHONE ASSOCIATION | | | N | | 10 | | |
| 08/19/2002 | COMMENT | ALASKA REGULATORY COMMISSION | STEVE DEVRIES | | N | | 10 | | |
| 08/19/2002 | COMMENT | ALASKA REGULATORY COMMISSION | STEVE DEVRIES | | N | | 10 | | |
| 07/30/2002 | PUB NOTICE | PRICING POLICY DIVISION | MARGARET DAILEY | FCC | N | | 10 | 07/30/2002 | DA 02-1847 |
| 07/24/2002 | PETITION | ACS OF ANCHORGE, INC. ET AL. | | | N | | 10 | | |

Exhibit X
Page 9 of 10

ATT: KAREN KRINKMANN　　　　　　　　　　　RELEASE/DENIED:
LAW FIRM: LATHAM & WATKINS　　　　　　　FCC/DA#:

**Proceeding** (e.g. 00-221, RM-9920)

　　　　　　　　　　　　　　　*From Date　　*To Date

[ Retrieve ]  [ Clear ]

*All Dates must be in *mm/dd/yycc* format (ex: 07/04/1998).

Initiate a Submission | Search ECFS | Return to ECFS Home Page

| FCC Home Page | Search | Commissioners | Bureaus/Offices | Finding Info |

*updated 12/11/03*

Exhibit X
Page 10 of 10

http://gullfoss2.fcc.gov/cgi-bin/websql/prod/ecfs/condhist_v2.hts　　　　　　　6/1/2006