Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI <br><br> Petitioner <br><br> v. <br><br> KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; <br><br> DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; <br><br> MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; <br><br> ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; <br><br> JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; <br><br> And, | Case No. A05-003 CIV(RRB) |

Case No. Case No. A05-003 CIV (RRB)
Notice of Additional Exhibits
June 5, 2006
Page 1 of 3

| | |
|---|---|
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS; | ) ) ) ) |
| Respondents. | ) ) |

## **NOTICE OF ADDITIONAL EXHIBITS**

Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby gives notice that it is attaching GCI Exhibits M through U, which are exhibits related to GCI's Reply Brief And Opposition To ACS' Cross-Petition Brief Re: Final Rates And Terms. The undersigned was unable to electronically include these exhibits with the Reply Brief given the size of that document and other attachments included with that brief and the size restrictions governing the court's new electronic filing system.

Respectfully submitted this 5th day of June 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

/s Martin M. Weinstein
Martin M. Weinstein
Regulatory Attorney
Alaska Bar No. 9306051
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email: **mweinstein@gci.com**

Case No. Case No. A05-003 CIV (RRB)
Notice of Additional Exhibits
June 5, 2006
Page 2 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was electronically served on the counsel of record identified below this 5th day of June, 2006.

    Robert Royce
    Assistant Attorney General
    Department of Law
    1031 W. 4th Avenue, Suite 200
    Anchorage, Alaska 99501

    Richard Maki
    Tindall Bennett & Shoup
    508 West 2d Avenue, Third Floor
    Anchorage, Alaska 99501

  By: /s Martin M. Weinstein
    Martin M. Weinstein
    Regulatory Attorney
    Alaska Bar No. 9306051
    General Communication, Inc.
    2550 Denali Street, Suite 1000
    Anchorage, Alaska 99503
    Phone: 907-868-6561
    Email: **mweinstein@gci.com**

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Notice of Additional Exhibits
June 5, 2006
Page 3 of 3