

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

that:

*Attached is a copy of, extracted pages from annual report on Form 10-K, for the fiscal year ended December 31, 2003, received in this Commission March 30, 2004, under the name Alaska Communications Systems Group, Inc., File No. 0-28167, pursuant to the provisions of the Securities Exchange Act of 1934.*

on file in this Commission
May 26, 2006
(Date)



Larry Mills
*Records Officer*

It is hereby certified that the Associate Executive Director, Office of Filings and Information Services, U.S. Securities and Exchange Commission, Washington, D.C., which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Director, Associate Directors, Special Assistant to the Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or any one of them, are authorized to execute the above attestation.

For the Commission

Nancy M. Morris
Secretary

SEC 334 (1-06)

Exhibit N
Page 1 of 6

Table of Contents

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION Washington, D.C. 20549

---

**FORM 10-K**

(Mark One)

{X} ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2003

OR

{ } TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE EXCHANGE ACT OF 1934

For the transition period from             to

Commission file number 000-28167

Alaska Communications Systems Group, Inc. (Exact name of registrant as specified in its charter)

| | |
|---|---|
| Delaware | 52-2126573 |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| 600 Telephone Avenue Anchorage, Alaska | 99503-6091 |
| (Address of principal executive offices) | (Zip Code) |

(907) 297-3000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| None | |

Securities registered pursuant to Section 12(g) of the Act:

|                                                      | 2003      | 2002      |
|------------------------------------------------------|-----------|-----------|
| Accounts payable - trade                             | $ 12,566  | $ 11,435  |
| Accrued payroll, benefits, and related liabilities   | 6,077     | 6,413     |
| Accrued personal time off                            | 5,031     | 5,200     |
| Accrued interest                                     | 9,226     | 6,392     |
| Refundable access revenue                            | 2,470     | 9,147     |
| Litigation reserves                                  | 3,880     | --        |
| Other                                                | 10,920    | 11,209    |
| Accounts payable, accrued and other current liabilities | $ 50,170 | $ 49,796 |

F-16

Table of Contents

ALASKA COMMUNICATIONS SYSTEMS GROUP, INC.
Notes to Consolidated Financial Statements, Continued
Years Ended December 31, 2003, 2002 and 2001
(In Thousands Except Per Share Amounts)

6. LONG-TERM OBLIGATIONS

During the first quarter of 2003, the Company's lenders approved an amendment and waiver to its old senior credit facility that, among other things, permitted the Company to sell its Directories Business and required that, in the event the sale was completed, 75% of proceeds would be used to repay outstanding senior credit facility term loans. This amendment and waiver became effective on May 8, 2003, and on May 13, 2003, the Company paid down $106,650 of its outstanding term loans under its old senior credit facility. As a result of this debt prepayment, the Company charged $3,356 of unamortized debt issue costs attributable to the prepaid term loans to interest expense in May 2003.

On August 26, 2003, the Company completed the refinancing of its old senior credit facility term loans. The Company entered into a $250,000 new senior credit facility consisting of a term loan facility in an aggregate principal amount of $200,000 and an undrawn revolving credit facility of $50,000. The Company simultaneously issued $182,000 aggregate principal amount of 9 7/8% senior unsecured notes due 2011 at an issue price of approximately 96.7% for net proceeds of $175,970. From these proceeds, the Company paid off the remaining $320,727 of its old senior credit facility, thereby extinguishing it. As a result of this early extinguishment of debt, the Company charged $9,696 of unamortized debt issue costs to interest expense in August 2003.

Long-term obligations consist of the following at December 31, 2003 and 2002:

|                                                                          |     2003 |     2002 |
|--------------------------------------------------------------------------|---------:|---------:|
| Old senior credit facility term loan - tranche A                         |       -- | $148,500 |
| Old senior credit facility term loan - tranche B                         |       -- |  148,500 |
| Old senior credit facility term loan - tranche C                         |       -- |  133,650 |
| New senior credit facility term loan                                     |  200,000 |       -- |
| 9 3/8% senior subordinated notes due 2009                                |  150,000 |  150,000 |
| 9 7/8% senior unsecured notes due 2011                                   |  182,000 |       -- |
| Original issue discount - 9 7/8% senior subordinated notes due 2011      |  (5,856) |       -- |
| 13% senior discount debentures due 2011                                  |   17,313 |   17,313 |
| Original issue discount - 13% senior discount debentures due 2011        |  (2,097) |  (2,381) |
| Capital leases and other long-term obligations                           |    8,860 |   12,181 |
|                                                                          |  550,220 |  607,763 |
| Less current portion                                                     |    1,982 |    5,649 |
| Long-term obligations, net of current portion                            | $548,238 | $602,114 |

The aggregate maturities of long-term obligations for each of the five years and thereafter subsequent to December 31, 2003 are as follows:

| 2004       | $   1,982 |
| 2005       |     2,008 |
| 2006       |     2,027 |
| 2007       |     2,014 |
| 2008       |     1,834 |
| Thereafter |   540,355 |
|            | $ 550,220 |

Senior Credit Facility

On August 26, 2003, the Company entered into a new bank credit agreement with a syndicate of commercial banks which provide the Company's senior credit facility. The senior credit facility provides a $200,000 term loan and a revolving credit facility with a $50,000 line of credit. The Company's obligations under the senior credit facility are unconditionally and irrevocably guaranteed, joint and severally, by the Company and its subsidiaries, and secured by collateral that includes substantially all of the Company and its subsidiaries' assets. The senior credit facility contains a number of restrictive covenants and events of default, including covenants limiting capital expenditures, incurrence of debt, and the payment of dividends, and requires the Company to achieve certain financial ratios. As of December 31, 2003 the Company was in compliance with all of the covenants of the senior credit facility.

F-17

Table of Contents

ALASKA COMMUNICATIONS SYSTEMS GROUP, INC.
Notes to Consolidated Financial Statements, Continued
Years Ended December 31, 2003, 2002 and 2001
(In Thousands Except Per Share Amounts)

6. LONG-TERM OBLIGATIONS (Continued)

The term loan of $200,000 is repayable in quarterly principal payments of $500 which commence on March 31, 2004 with the balance due on maturity. The final maturity of the term is loan is August 26, 2010 or February 14, 2009 if the Company's senior subordinated notes have not been refinanced. The loan bears interest at an annual rate equal (at the Company's option) to: (1) LIBOR plus 3.25% or (2) a rate equal to 2.25% plus the greater of the administrative agent's prime rate or the federal funds rate plus 0.50%. The rate of interest in effect at December 31, 2003 was 4.50% and is based on the LIBOR rate option.

The senior credit facility also provides a revolving credit facility in the amount of $50,000 that is available, in part, for up to $25,000 in letters of credit and up to $10,000 in the form of swingline loans. This revolving facility is available through August 26, 2008 and outstanding balances thereunder currently will bear interest at an annual rate equal (at the Company's option) to: (1) LIBOR plus 3.00% or (2) a rate equal to 2.00% plus the greater of the administrative agent's prime rate or the federal funds rate plus 0.50%. There were no amounts outstanding under this revolving credit facility as of December 31, 2003.

On July 24, 1999, the Company entered into an interest rate swap agreement to reduce the impact of changes in interest rates on its floating rate long-term debt. This agreement fixed at 5.99% the underlying variable rate on one-half of the term loan borrowings under the old senior credit facility, or $217,500, expiring in June 2004. The differential to be paid or received was recorded as interest expense in the consolidated statement of operations in the period in which it was recognized. The Company extinguished early its interest rate swap agreement in November 2003 for $7,970, which it charged to interest expense.

Senior Subordinated Notes

On May 14, 1999, the Company issued $150,000 in aggregate principal amount of 9 3/8 % senior subordinated notes due 2009. Interest on the notes is payable semi-annually on May 15 and November 15. The notes will mature on May 15, 2009, and are redeemable, in whole or in part, at the option of the Company, at any time on or after May 15, 2004 at 104.688% of the principal amount declining to 100% of the principal amount on or after May 15, 2007. The notes contain a number of restrictive covenants, including covenants limiting incurrence of debt and the payment of dividends. As of December 31, 2003 and 2002 the Company was in compliance with all the covenants of the notes.

Senior Unsecured Notes

On August 26, 2003, the Company issued $182,000 in aggregate principal amount of 9 7/8 % senior unsecured notes due 2011. Interest on the notes is payable semi-annually on February 15 and August 15. The notes will mature on August 15, 2011, and are redeemable, in whole or in part, at the option of the Company, at any time on or after August 15, 2007 at 104.688% of the principal amount declining to 100% of the principal amount on or after August 15, 2010. The notes contain a number of restrictive covenants, including covenants limiting incurrence of debt and the payment of dividends. As of December 31, 2003 the Company was in compliance with all the covenants of the notes.

Senior Discount Debentures

On May 14, 1999, the Company issued senior discount debentures due May 15, 2011. Interest accrues at 13.00% and is payable at the Company's option semiannually on May 15 and November 15, commencing May 15, 2000 until May 15, 2004 when the Company will be required to semiannually pay interest. The outstanding debentures are redeemable, in whole or in part, at the option of the Company, at any time on or after May 15, 2004 at 106.5% of the principal amount declining to 100% of the principal amount on or after May 15, 2009. The debentures contain a number of restrictive covenants, including covenants limiting incurrence of debt and the payment of dividends. As of December 31, 2003 and 2002 the Company was in compliance with all the covenants of the debentures.

Capital leases and other long-term obligations

The Company has entered into various capital leases and other debt agreements totaling $8,860 and $12,181 with a weighted average interest rate of 9.71% and 8.05% at December 31, 2003 and 2002, respectively.

F-18

---

Table of Contents

ALASKA COMMUNICATIONS SYSTEMS GROUP, INC.
Notes to Consolidated Financial Statements, Continued
Years Ended December 31, 2003, 2002 and 2001
(In Thousands Except Per Share Amounts)

7. OTHER DEFERRED CREDITS AND LONG-TERM LIABILITIES

Deferred credits and other long-term liabilities consists of the following at December 31, 2003 and 2002:

|                                                           | 2003      | 2002      |
|-----------------------------------------------------------|-----------|-----------|
| Refundable access revenue                                 | $ 12,741  | $ 11,401  |
| Interest rate swap, marked to market                      | --        | 14,152    |
| Additional pension liability                              | 5,891     | 6,285     |
| Other deferred credits                                    | 1,887     | 1,092     |
| Other long term liabilities - accumulated removal costs   | --        | 50,889    |
| Regulatory liabilities - accumulated removal costs        | 50,546    | --        |
| Total deferred credits and other long-term liabilities    | $ 71,065  | $ 83,819  |

8. LOCAL TELEPHONE OPERATING REVENUE

Local telephone operating revenues consist of the following for the years ended December 31, 2003, 2002 and 2001: