expense inputs

| | A | B | C |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | **User Inputs** |
| 5 | **State** | | Alaska |
| 6 | **Company** | | ACS - Anchorage |
| 7 | | | |
| 8 | **Cost of Capital Inputs** | | |
| 9 | | Cost of Debt | 5.84% |
| 10 | | Debt fraction | 50.21% |
| 11 | | Cost of Equity | 10.22% |
| 12 | | Equity fraction | |
| 13 | | Weighted equity fraction | |
| 14 | | Overall Cost of Capital | |
| 15 | | | |
| 16 | **Traffic Inputs** | | |
| 17 | | local DEMs, thousands | 3,979,185 |
| 18 | | intrastate DEMs, thousands | 223,389 |
| 19 | | interstate DEMs, thousands | 624,623 |
| 20 | | Local call completion fraction | 70.00% |
| 21 | | Total local calls attempted | 505,914 |
| 22 | | Total intraLATA calls completed | 47,021 |
| 23 | | Total interLATA calls completed - intrastate | 47,021 |
| 24 | | Total interLATA calls completed - interstate | 120,984 |
| 25 | | local DEM fraction | 80.43% |
| 26 | | local interoffice traffic fraction | 56.49% |
| 27 | | D link investment, per link | $ 480 |
| 28 | | Bus/Res DEMs ratio (local, state, interstate) | 1.10 |
| 29 | | | |
| 30 | | per-line entrance facility investment | 3.1 |
| 31 | | local direct-routed fraction | 0.98 |
| 32 | | tandem-routed intraLATA fraction | 0.2 |
| 33 | | tandem-routed access fraction | 20.00% |
| 34 | | maximum trunk usage, CCS | 27.5 |
| 35 | | ISUP msgs per i/o call attempt | 6 |

HAI GCI Switching and Transport Model 1.0.xls

expense inputs

| | A | B | C |
|---|---|---|---|
| 36 | | avg ISUP msg length, octets | 25 |
| 37 | | TCAP msgs per transaction | 2 |
| 38 | | TCAP msg length, octets | 100 |
| 39 | | fraction of calls requiring TCAP | 10.00% |
| 40 | | trunk port investment, per port | $ 65 |
| 41 | | Switch line circuit offset per DLC line | $ - |
| 42 | | Total signaling links | 172 |
| 43 | | Average trunk utilization | 30.00% |
| 44 | | | |
| 45 | **Cost Parameters** | | |
| 46 | | tax rate | 41.00% |
| 47 | | corporate overhead factor | 0.00% |
| 48 | | other taxes factor | 3.84% |
| 49 | | | |
| 50 | | billing/toll inquiry per line per month | $0.00 |
| 51 | | directory listing per line per month | $0.00 |
| 52 | | | |
| 53 | | forward-looking network operations factor | 0.00% |
| 54 | | | |
| 55 | | | |
| 56 | | EO non-port fraction | 0.00% |
| 57 | | per-line monthly LNP cost | $0.39 |
| 58 | | Carrier-carrier customer service, per line per year | $1.69 |
| 59 | | ND expense per line per year | $1.00 |
| 60 | | DS-0/DS-1 crossover | 12.40 |
| 61 | | DS-1/DS-3 crossover | 9.90 |
| 62 | | Average lines per business location | 4 |
| 63 | | | |
| 64 | | | |
| 65 | | annual total common support, nonloop elements, incl other taxes and uncollectibles, per line | $ 5.89 |

HAI GCI Switching and Transport Model 1.0.xls

**Cost of Capital Inputs**

| | |
|---|---:|
| Cost of Debt | 5.84% |
| Debt fraction | 50.21% |
| Cost of Equity | 10.22% |