**Structural Sharing Percentages**

| | |
|---|---|
| Aerial | 25.0% |
| Buried | 33.0% |
| Underground | 50.0% |

| CBG | Plant Item | Gross Investment | % Allocation to CBG | Allocated Investment | Structural Sharing Percentage | Allocated Investment After Structure Sharing | Subloop |
|---|---|---|---|---|---|---|---|
| | **Aerial Cable** | | | | | | |
| | **Plant Structure** | | | | | | |
| 6006 | Aerial -- Poles 40-5 | $0.00 | 0.0% | $0.00 | 25.0% | $0.00 | Feeder |
| 6006 | Aerial -- Poles 35-5 | $0.00 | 0.0% | $0.00 | 25.0% | $0.00 | Feeder |
| 6006 | Aerial -- Poles 30-5 | $0.00 | 0.0% | $0.00 | 25.0% | $0.00 | Feeder |
| 6006 | Aerial -- Guys & Anchors | $0.00 | 0.0% | $0.00 | 25.0% | $0.00 | Feeder |
| 6006 | Buried -- Trench & Back Fill - Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Buried -- Trench & Back Fill - Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Underground -- Trench & Back Fill - Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Underground -- Trench & Back Fill - Fiber | $130,232.50 | 16.9% | $22,060.39 | 50.0% | $11,030.20 | Feeder |
| 6006 | Underground -- Conduit (Installed) | $438,123.38 | 12.6% | $55,385.78 | 50.0% | $27,692.89 | Feeder |
| 6006 | Underground -- Innerduct (installed) | $153,438.66 | 18.2% | $27,921.21 | 50.0% | $13,960.60 | Feeder |
| 6006 | Underground-Manhole | $418,306.96 | 10.9% | $45,714.98 | 50.0% | $22,857.49 | Feeder |
| 6006 | Road Crossing - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Road Crossing - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Road Crossing - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Road Crossing - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing (Gravel) - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing (Gravel) - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing (Gravel) - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Driveway Crossing (Gravel) - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Road Prism Construction - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Road Prism Construction - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Road Prism Construction - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Road Prism Construction - UG Fiber | $2,358,714.54 | 16.9% | $399,548.24 | 50.0% | $199,774.12 | Feeder |
| 6006 | Vault | $10,635.16 | 100.0% | $10,635.16 | 50.0% | $5,317.58 | Feeder |
| 6006 | Hand Hole - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Hand Hole - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Hand Hole - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Hand Hole - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Compaction - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Compaction - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Compaction - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Compaction - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Restoration - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Restoration - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Restoration - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Restoration - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Rock Blasting - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Rock Blasting - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Rock Blasting - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Rock Blasting - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Bore - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Bore - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Bore - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Bore - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Hand Trench - Buried Copper | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Hand Trench - Buried Fiber | $0.00 | 0.0% | $0.00 | 33.0% | $0.00 | Feeder |
| 6006 | Hand Trench - UG Copper | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Hand Trench - UG Fiber | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Bridge Attachment | $0.00 | 0.0% | $0.00 | 25.0% | $0.00 | Feeder |
| 6006 | Fiber Cross-Connect | $0.00 | 0.0% | $0.00 | 50.0% | $0.00 | Feeder |
| 6006 | Pole Attachments | _ n/a = Anchorage Zoning Ordinances Prefer Non Aerial Plant | | | | | |

7.2 Investment 5-23-03.xls
7.2 Investment Detail
1 of 1
04/26/2006
4:01 PM

**Exhibit 2**
**Page 2 of 2**