Drawing Road Relocation
Construction Cost Estimate
Phase II Construction

| Description | Unit | Quantity | Unit Labor | Extended Labor | Unit Material | Extended Material | Total Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| Deep Trench | /ft | 122 | $22.00 | $2,684.00 | $ - | $ - | $22.00 | $2,684.00 |
| Joint Trench | /ft | 3797 | $2.50 | $9,492.50 | $ - | $ - | $2.50 | $9,492.50 |
| Single Trench | /ft | 711 | $5.00 | $3,555.00 | $ - | $ - | $5.00 | $3,555.00 |
| 2" PVC Conduit | /ft | 1814 | $4.00 | $7,256.00 | $0.50 | $907.00 | $4.50 | $8,163.00 |
| 2" RGS Conduit | /ft | 122 | $8.00 | $976.00 | $10.00 | $1,220.00 | $18.00 | $2,196.00 |
| 4" PVC Conduit | /ft | 6590 | $4.00 | $26,360.00 | $1.20 | $7,908.00 | $5.20 | $34,268.00 |
| 4" RGS Conduit | /ft | 588 | $8.00 | $4,704.00 | $14.00 | $8,232.00 | $22.00 | $12,936.00 |
| Elbow 2" 90° | each | 14 | $30.00 | $420.00 | $16.30 | $228.20 | $46.30 | $648.20 |
| Elbow 4" 90° | each | 21 | $30.00 | $630.00 | $5.50 | $115.50 | $35.50 | $745.50 |
| .875UG | 1000/ft | 3.523 | $2,700.00 | $9,512.10 | $300.00 | $1,056.90 | $3,000.00 | $10,569.00 |
| .500UG | 1000/ft | 1.455 | $2,700.00 | $3,928.50 | $250.00 | $363.75 | $2,950.00 | $4,292.25 |
| Vault | each | 8 | $200.00 | $1,600.00 | $200.00 | $1,600.00 | $400.00 | $3,200.00 |
| Ped 1730 | each | 2 | $200.00 | $400.00 | $190.00 | $380.00 | $390.00 | $780.00 |
| Ped 920 | each | 4 | $100.00 | $400.00 | $25.00 | $100.00 | $125.00 | $500.00 |
| Ground Rod | each | 3 | $100.00 | $300.00 | $30.00 | $90.00 | $130.00 | $390.00 |
| Load Center | each | 1 | $200.00 | $200.00 | $150.00 | $150.00 | $350.00 | $350.00 |
| Power Supply | each | 1 | $200.00 | $200.00 | $200.00 | $200.00 | $400.00 | $400.00 |
| 4" Riser | each | 3 | $430.00 | $1,290.00 | $50.00 | $150.00 | $480.00 | $1,440.00 |
| Deadend | each | 4 | $160.00 | $640.00 | $50.00 | $200.00 | $210.00 | $840.00 |
| Down Guy | each | 2 | $120.00 | $240.00 | $40.00 | $80.00 | $160.00 | $320.00 |
| Anchor | each | 2 | $430.00 | $860.00 | $50.00 | $100.00 | $480.00 | $960.00 |
| Strand and Cable | 1000/ft | 2.722 | $800.00 | $2,177.60 | $ - | $ - | $800.00 | $2,177.60 |
| Riser | each | 2 | $200.00 | $400.00 | $ - | $ - | $200.00 | $400.00 |
| *Deadend | each | 8 | $80.00 | $640.00 | $ - | $ - | $80.00 | $640.00 |
| *Tangent | each | 15 | $70.00 | $1,050.00 | $ - | $ - | $70.00 | $1,050.00 |
| *Down Guy | each | 6 | $50.00 | $300.00 | $ - | $ - | $50.00 | $300.00 |
| *Anchor | each | 6 | $50.00 | $300.00 | $ - | $ - | $50.00 | $300.00 |

Total Labor: $80,515.70     Total Material: $23,081.35     Total: $103,597.05

## Dowling Road Relocation
## Construction Cost Estimate
## Phase I Construction

| Description | Unit | Quantity | Unit Labor | Extended Labor | Unit Material | Extended Material | Total Unit Cost | Extended Cost |
|---|---|---|---|---|---|---|---|---|
| Deep Trench | /ft | 125 | $22.00 | $2,750.00 | $ - | $ - | $22.00 | $2,750.00 |
| Joint Trench | /ft | 1995 | $2.50 | $4,987.50 | $ - | $ - | $2.50 | $4,987.50 |
| Single Trench | /ft | 178 | $5.00 | $890.00 | $ - | $ - | $5.00 | $890.00 |
| Expose Fiber | /ft | 211 | $50.00 | $10,550.00 | $ - | $ - | $50.00 | $10,550.00 |
| 2" PVC Conduit | /ft | 1226 | $4.00 | $4,904.00 | $0.50 | $613.00 | $4.50 | $5,517.00 |
| 4" PVC Conduit | /ft | 2189 | $4.00 | $8,756.00 | $1.20 | $2,626.80 | $5.20 | $11,382.80 |
| Elbow 2" 90° | each | 18 | $30.00 | $540.00 | $16.30 | $293.40 | $46.30 | $833.40 |
| Elbow 4" 90° | each | 15 | $30.00 | $450.00 | $5.50 | $82.50 | $35.50 | $532.50 |
| .875OH | 1000/ft | 0.332 | $1,600.00 | $531.20 | $600.00 | $199.20 | $2,200.00 | $730.40 |
| .500OH | 1000/ft | 0.162 | $1,600.00 | $259.20 | $250.00 | $40.50 | $1,850.00 | $299.70 |
| .875UG | 1000/ft | 2.202 | $2,700.00 | $5,945.40 | $300.00 | $660.60 | $3,000.00 | $6,606.00 |
| .500UG | 1000/ft | 1.155 | $2,700.00 | $3,118.50 | $250.00 | $288.75 | $2,950.00 | $3,407.25 |
| Vault | each | 3 | $200.00 | $600.00 | $200.00 | $600.00 | $400.00 | $1,200.00 |
| Ped 1730 | each | 2 | $200.00 | $400.00 | $190.00 | $380.00 | $390.00 | $780.00 |
| Ped 1230 | each | 1 | $200.00 | $200.00 | $110.00 | $110.00 | $310.00 | $310.00 |
| Ped 920 | each | 3 | $100.00 | $300.00 | $25.00 | $75.00 | $125.00 | $375.00 |
| Ground Rod | each | 5 | $100.00 | $500.00 | $30.00 | $150.00 | $130.00 | $650.00 |
| Load Center | each | 2 | $200.00 | $400.00 | $150.00 | $300.00 | $350.00 | $700.00 |
| Power Supply | each | 2 | $200.00 | $400.00 | $200.00 | $400.00 | $400.00 | $800.00 |
| 2" Riser | each | 3 | $430.00 | $1,290.00 | $50.00 | $150.00 | $480.00 | $1,440.00 |
| Riser | each | 3 | $430.00 | $1,290.00 | $50.00 | $150.00 | $480.00 | $1,440.00 |
| Deadend | each | 10 | $160.00 | $1,600.00 | $50.00 | $500.00 | $210.00 | $2,100.00 |
| Tangent | each | 1 | $135.00 | $135.00 | $30.00 | $30.00 | $165.00 | $165.00 |
| Down Guy | each | 6 | $120.00 | $720.00 | $40.00 | $240.00 | $160.00 | $960.00 |
| Anchor | each | 6 | $430.00 | $2,580.00 | $50.00 | $300.00 | $480.00 | $2,880.00 |
| Strand & Lash | 1000/ft | 0.332 | $1,600.00 | $531.20 | $500.00 | $166.00 | $2,100.00 | $697.20 |
| *Strand and Cable | 1000/ft | 1.633 | $800.00 | $1,306.40 | $ - | $ - | $800.00 | $1,306.40 |
| *Deadend | each | 7 | $80.00 | $560.00 | $ - | $ - | $80.00 | $560.00 |
| *Tangent | each | 7 | $70.00 | $490.00 | $ - | $ - | $70.00 | $490.00 |
| *Down Guy | each | 3 | $50.00 | $150.00 | $ - | $ - | $50.00 | $150.00 |
| *Anchor | each | 3 | $50.00 | $150.00 | $ - | $ - | $50.00 | $150.00 |

Total Labor: $57,284.40   Total Material: $8,355.75   Total: $65,640.15