Appendix G

**Road Prism Construction** consists of all material, labor, and other incidentals necessary to sawcut, excavate, backfill, compact, and repave and restore the right of way to it's original condition. The calculation is per one foot of construction

| Line Item | Work Item | Pay Item | Units | Unit Price a | Quantity b | Total Price c=a*b |
|---|---|---|---|---|---|---|
| 1 | sawcut road pavement | Sawcut Asphalt and Concrete | L.F. | $3.16 | 2.00 | $6.32 |
| 2 | remove pavement | Remove Existing Pavement | S.Y. | $5.00 | 0.96 | $4.78 |
| 3 | unclassified excavation | Unusable excavation | C.Y. | $15.00 | 0.59 | $8.87 |
| 4 | bedding material for conduit | bedding material (Class B) | Ton | $13.75 | 0.20 | $2.73 |
| 5 | Backfill and compaction | Type IIA Classified Fill and Backfill | Ton | $13.50 | 0.63 | $8.46 |
| 6 | Crushed Agg | Leveling Course | Ton | $34.73 | 0.17 | $5.96 |
| 7 | 4" AC Pavement | 4" AC Pavement (Class D) | Ton | $137.78 | 0.20 | $27.90 |
| 8 | Pavement Markings | Methylenethacrylate Painted Traffic Markings | L.F. | $3.56 | 2.00 | $7.12 |
| 9 | Right of Way Permits | Permits | Each | $300.00 | 0.00 | $0.00 |
| 10 | Traffic Control Plan & Equipm | TCP/Barricades | Each | $100.00 | 1.00 | $2.86 |
| 11 | Density Testing/Proctors | Density Testing/Proctors | Each | $50.00 | 1.00 | $1.43 |

Total, Per foot of Construction  $76.42
Engineering (10%)  $7.64
**Cost per LF of Road Prism Construction  $84.06**

Anchorage v7.2 Cost Inputs
August 29, 2003

1 of 1

Appendix G.xls
Modified RPC at 8.6 ft

Exhibit U
Page 1 of 1