Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI<br><br>    Petitioner<br><br>v.<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska;<br><br>JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska;<br><br>And, | Case No. A05-003 CIV(RRB) |

Case No. Case No. A05-003 CIV (RRB)
Request For Oral Argument
June 5, 2006
Page 1 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

ACS OF ANCHORAGE, INC. d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and, ACS; )
                                                                )
      Respondents. )
_____)

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Rule 7.2(a) of the Local Rules, Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby requests oral argument on the issues it has raised in its briefs in the above-captioned matter challenging the Regulatory Commission of Alaska's decisions approving certain rates set forth in the GCI-ACS Anchorage Interconnection Agreement.

Respectfully submitted this 5th day of June 2006.

        GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

        /s Martin M. Weinstein
        Martin M. Weinstein
        Regulatory Attorney
        Alaska Bar No. 9306051
        General Communication, Inc.
        2550 Denali Street, Suite 1000
        Anchorage, Alaska 99503
        Phone: 907-868-6561
        Email: **mweinstein@gci.com**

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Request For Oral Argument
June 5, 2006
Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically served on the counsel of record identified below this 5th day of June, 2006.

      Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By: /s Martin M. Weinstein
     Martin M. Weinstein
     Regulatory Attorney
     Alaska Bar No. 9306051
     General Communication, Inc.
     2550 Denali Street, Suite 1000
     Anchorage, Alaska 99503
     Phone: 907-868-6561
     Email: **mweinstein@gci.com**

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Request For Oral Argument
June 5, 2006
Page 3 of 3