Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI )<br><br>Petitioner )<br><br>v. )<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; )<br><br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; )<br><br>MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; )<br><br>ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; )<br><br>JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; )<br><br>And, ) | Case No. A05-003 CIV(RRB) |

Case No. Case No. A05-003 CIV (RRB)
Notice of Withdrawal Of One Issue From Appeal
June 5, 2006
Page 1 of 3

|   |   |
|---|---|
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS; | ) ) ) ) ) ) |
| Respondents. | |

## NOTICE OF WITHDRAWAL OF ONE ISSUE FROM APPEAL

Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby gives notice that it is withdrawing its challenge to the Regulatory Commission of Alaska's ("RCA") decision adopting ACS' non-recurring cost charge model with the exception of the number portability charges included in that model. GCI's initial challenge to this decision appears in its Opening Brief at 54-61. In its Reply Brief, GCI addresses and continues to challenge only the number portability charges included in the ACS non recurring cost charge model but does not otherwise address the RCA decision adopting that model.

Respectfully submitted this 5th day of June 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

/s Martin M. Weinstein
Martin M. Weinstein
Regulatory Attorney
Alaska Bar No. 9306051
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email: **mweinstein@gci.com**

Case No. Case No. A05-003 CIV (RRB)
Notice of Withdrawal Of One Issue From Appeal
June 5, 2006
Page 2 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 5th day of June, 2006.

>Robert Royce
>Assistant Attorney General
>Department of Law
>1031 W. 4th Avenue, Suite 200
>Anchorage, Alaska 99501
>
>Richard Maki
>Tindall Bennett & Shoup
>508 West 2d Avenue, Third Floor
>Anchorage, Alaska 99501
>
>By:   /s Martin M. Weinstein
>        Martin M. Weinstein
>         Regulatory Attorney
>         Alaska Bar No. 9306051
>         General Communication, Inc.
>         2550 Denali Street, Suite 1000
>         Anchorage, Alaska 99503
>         Phone: 907-868-6561
>         Email:  **mweinstein@gci.com**

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

Case No. Case No. A05-003 CIV (RRB)
Notice of Withdrawal Of One Issue From Appeal
June 5, 2006
Page 3 of 3