Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:   **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI | ) ) ) ) |
| Petitioner | ) Case No. A05-003 CIV(RRB) ) |
| v. | ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | ) ) ) ) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| And, | ) ) |

Case No. Case No. A05-003 CIV (RRB)
[Proposed] Order Granting
Motion For Judicial Notice And Supplementation Of Record
June 5, 2006
Page 1 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

|   |   |
|---|---|
| ACS OF ANCHORAGE, INC. d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and, ACS;   Respondents. | ) ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING MOTION FOR JUDICIAL NOTICE AND SUPPLEMENTATION OF RECORD

Upon consideration of Appellee GCI Communication Corp. d/b/a General Communication, Inc. and GCI ("GCI")'s Motion For Judicial Notice And Supplementation Of Record, and this Court having considered the motion and any opposition thereto,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The Court agrees with GCI that it should have the complete facts concerning the costs of ACS' debt re-financing from the summer of 2003 and that such facts are relevant for the limited purpose of establishing that the RCA did not have all of the relevant facts concerning ACS' debt re-restructure at the arbitration, and further, to evaluate the merits of ACS' claim that its aggregate 10.5% cost of debt from the debt re-structure confirms the reasonableness of the RCA's decision adopting a 10.33% cost of debt for purposes of calculating the cost of capital. The Court will take judicial notice of the debt costs ACS incurred when it re-financed its debt in the summer of 2003 as described more specifically in the pertinent pages from a certified copy of the Securities and Exchange Commission ("SEC")

Case No. Case No. A05-003 CIV (RRB)
[Proposed] Order Granting
Motion For Judicial Notice And Supplementation Of Record
June 5, 2006
Page 2 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

Form 10-K for the fiscal period ending December 31, 2003 that ACS filed with the SEC, which is attached as GCI Exhibit N to GCI's Reply Brief and its motion. Additionally, GCI Exhibit N is admitted into the record.

Dated this _____ day of _____, 2006.

By: _____
The Honorable Ralph Beistline

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 5th day of June, 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By: /s Martin M. Weinstein
Martin M. Weinstein
Regulatory Attorney
Alaska Bar No. 9306051
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email: **mweinstein@gci.com**