Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC.  d/b/a GCI | ) ) ) ) ) |
| Petitioner | ) Case No. A05-003 CIV(RRB) |
| v. | ) ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | ) ) ) ) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| And, | ) ) |

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

1

2   ACS OF ANCHORAGE, INC. d/b/a            )
    ALASKA COMMUNICATIONS SYSTEMS,   )
3   ACS LOCAL SERVICE, and, ACS;            )
                                            )
4               Respondents.                )
                                            )
5   _____ )

6              **GCI OPPOSITION TO ACS CROSS-PETITION BRIEF**
               **RE: FINAL RATES AND TERMS**

7

8          Petitioner GCI Communication Corp. d/b/a General Communication,

9   Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, hereby seeks to

10  correct a filing mistake in that it filed a single brief that combined both its Reply

11  Brief and its Opposition To ACS' Cross-Petition Brief Re: Final Rates And

12  Terms in one brief.  The undersigned understands that with the court's new

13  electronic filing system, the briefs should have been separately filed.  In

14  discussions with the Court's help desk regarding its electronic filing system, the

15  undersigned herein seeks to correct this mistake by filing this document and

16  incorporating by reference the argument GCI has included in Document No. 78

17  regarding its opposition to ACS' Cross-Petition Brief at pages 76-80 and its

18  conclusion on pages 81-82 that ACS is entitled to no relief with respect to its

19  cross-petition.

20

21

22

23

24

25

26

27  Case No. Case No. A05-003 CIV (RRB)
    GCI Opposition To ACS Cross Petition Brief Re: Final Rates And Terms
    June 6, 2006
    Page 2 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK  99503
(907) 265-5600

Respectfully submitted this 6th day of June 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

/s Martin M. Weinstein
Martin M. Weinstein
Regulatory Attorney
Alaska Bar No. 9306051
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email: **mweinstein@gci.com**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 6th day of June, 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By:  /s Martin M. Weinstein
     Martin M. Weinstein
     Regulatory Attorney
     Alaska Bar No. 9306051
     General Communication, Inc.
     2550 Denali Street, Suite 1000
     Anchorage, Alaska 99503
     Phone: 907-868-6561
     Email:  **mweinstein@gci.com**

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600