IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner and<br>    Cross Petition Respondent,<br><br>-vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>    Respondents and<br>    Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and<br>    Cross Petitioner. | Case No. A05-003 CV (RRB)<br><br><br><br>**AFFIDAVIT OF<br>LAURIE BUTCHER** |

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

EXHIBIT A
PAGE 1 of 4

1

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

Laurie Butcher, being first duly sworn upon oath, deposes and states as follows:

1. I am employed by Alaska Communications Systems as Vice President of Finance and Controller. My responsibilities include the preparation of internal and external financial statements, including Form 10Ks.

2. The true cost of ACS' debt financing can be more accurately determined by calculating an effective interest rate, which includes other financing costs such as debt issuance costs and interest rate hedging instrument fees. The attached spreadsheet, which was prepared in-house by ACS and kept in the ordinary course of ACS' business, quantifies an effective interest rate for each component of ACS' financing for the year 2003. As shown on the spreadsheet, the weighted average cost of debt based on ACS' average debt balances over that year totals 10.52%.

3. Given that interest rates fluctuate over time, it is appropriate to base a determination of forward-looking debt costs on average debt balances, rather than on a static snapshot of the debt balances existing at a single point in time.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2

EXHIBIT A
PAGE 2 of 4

DATED at Anchorage, Alaska, this 15 day of June, 2006.

_____
Laurie Butcher

SUBSCRIBED and SWORN to before me this 15th day of June, 2006.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 8/26/06

OFFICIAL SEAL
State of Alaska
LELA M. KISTNER
NOTARY PUBLIC

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

3

EXHIBIT A
PAGE 3 of 4

ALASKA COMMUNICATIONS SYSTEMS GROUP, INC.
12/31/03

| Debt | Company | Stated Interest rate | Effective Interest rate | Average 2003 Balance | Weighted Ave Cost of Debt |
|---|---|---|---|---|---|
| Term B | ACSHI | 4.500% | 5.223% | 70,136,986 | 0.66% |
| Notes due 2009 | ACSHI | 9.375% | 10.061% | 150,000,000 | 2.74% |
| Senior Notes due 2011 | ACSHI | 9.875% | 10.649% | 63,824,658 | 1.23% |
| Senior Notes OID | ACSHI | | | (5,962,024) | 0.00% |
| Revolver | ACSHI | | | - | 0.00% |
| DD | Group | 13.000% | 14.908% | 17,312,658 | 0.47% |
| OID | Group | | | (2,239,173) | 0.00% |
| Tranche A | ACSHI | 3.584% | 11.343% | 84,121,677 | 1.73% |
| Tranche B | ACSHI | 4.334% | 11.840% | 86,259,588 | 1.85% |
| Tranche C | ACSHI | 4.579% | 11.796% | 77,633,629 | 1.66% |
| Fairbanks Debt | FRBKS | 5.080% | 5.080% | 1,085,573 | 0.01% |
| FBX Capital lease | ACSHI | 8.500% | 8.500% | 3,058,741 | 0.05% |
| Auke Bay | Jun | 11.500% | 11.500% | 42,979 | 0.00% |
| Sitka Warehouse | Sitak | 11.500% | 11.500% | 168,952 | 0.00% |
| Kodiak Building | GS | 11.500% | 11.500% | 630,810 | 0.01% |
| Bentley | ACSHI | 11.500% | 11.500% | 776,206 | 0.02% |
| Soldotna HQ | GS | 11.160% | 11.160% | 1,784,373 | 0.04% |
| ACS LD | ACS LD | 11.500% | 11.500% | 2,113,993 | 0.04% |
| Nortel | ACS Internet | 7.840% | 7.840% | 851,782 | 0.01% |
| Dolsen | ACS Internet | 19.736% | 19.736% | 7,117 | 0.00% |
| Total Other | | | | 10,520,526 | |
| Total | | | | 551,608,525 | 10.52% |

EXHIBIT A
PAGE 4 of 4