```
<DOCUMENT>
<TYPE>EX-31.1
<SEQUENCE>6
<FILENAME>v96788exv31w1.txt
<DESCRIPTION>EXHIBIT 31.1
<TEXT>
<PAGE>
```

EXHIBIT 31.1

FORM OF SARBANES-OXLEY SECTION 302(a) CERTIFICATION

I, Liane Pelletier, Chief Executive Officer of Alaska Communications Systems Holdings, Inc., certify that:

1.  I have reviewed this annual report on Form 10-K of Alaska Communications Systems Holdings, Inc.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

    a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    c)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

**EXHIBIT V**
**Page 1 of 6**

    a)    All significant deficiencies and material weaknesses in the design or operation of internal controls which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal controls over financial reporting.

Date: March 29, 2004        /s/ Liane Pelletier
-------------------
Liane Pelletier
Chief Executive Officer,
Chairman of the Board and President
Alaska Communications Systems Holdings, Inc.

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>EX-31.2
<SEQUENCE>7
<FILENAME>v96788exv31w2.txt
<DESCRIPTION>EXHIBIT 31.2
<TEXT>
<PAGE>
```

EXHIBIT 31.2

FORM OF SARBANES-OXLEY SECTION 302(a) CERTIFICATION

I, David Wilson, Chief Financial Officer of Alaska Communications Systems Holdings, Inc., certify that:

1. I have reviewed this annual report on Form 10-K of Alaska Communications Systems Holdings, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) for the registrant and have:

   a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

**EXHIBIT V**
**Page 3 of 6**

    a)        All significant deficiencies and material weaknesses in the design or operation of internal controls which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)        Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal controls over financial reporting.

Date: March 29, 2004        /s/ David Wilson
                                        ----------------
                                        David Wilson
                                        Senior Vice President and Chief Financial Officer
                                        Alaska Communications Systems Holdings, Inc.

```
</TEXT>
</DOCUMENT>
```

**EXHIBIT V**
**Page 4 of 6**

```
<DOCUMENT>
<TYPE>EX-32.1
<SEQUENCE>8
<FILENAME>v96788exv32w1.txt
<DESCRIPTION>EXHIBIT 32.1
<TEXT>
<PAGE>
```

EXHIBIT 32.1

CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of Alaska Communications Systems Holdings, Inc. (the "Company") on Form 10-K for the fiscal year ending December 31, 2003 (the "Report"), I, Liane Pelletier, Chief Executive Officer of the Company, certify, pursuant to 18 U.S.C. Section 1350, as created by Section 906 of the Sarbanes-Oxley Act of 2002, that:

(1)    The Report fully complies with the requirements of section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934 as amended; and

(2)    The information contained in the Report fairly presents, in all material respects, the financial condition and result of operations of the Company.

Date: March 29, 2004            /s/ Liane Pelletier
                                ----------------------------
                                Liane Pelletier
                                Chief Executive Officer,
                                Chairman of the Board and President
                                Alaska Communications Systems Holdings, Inc.

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>EX-32.2
<SEQUENCE>9
<FILENAME>v96788exv32w2.txt
<DESCRIPTION>EXHIBIT 32.2
<TEXT>
<PAGE>
```

EXHIBIT 32.2

CERTIFICATION PURSUANT TO 18 U.S.C. SECTION 1350, AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002

In connection with the Annual Report of Alaska Communications Systems Holdings,
Inc. (the "Company") on Form 10-K for the period ending December 31, 2003 (the
"Report"), I, David Wilson, Chief Financial Officer of the Company, certify,
pursuant to 18 U.S.C. Section 1350, created by Section 906 of the Sarbanes-Oxley
Act of 2002, that:

(1)     The Report fully complies with the requirements of section 13(a) or
        15(d), as applicable, of the Securities Exchange Act of 1934, as
        amended; and

(2)     The information contained in the Report fairly presents, in all
        material respects, the financial condition and result of operations of
        the Company.

Date: March 29, 2004           /s/ David Wilson
                               ----------------
                               David Wilson
                               Senior Vice President and Chief Financial Officer
                               Alaska Communications Systems Holdings, Inc.

```
</TEXT>
</DOCUMENT>
```

EXHIBIT V
Page 6 of 6