IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner and<br>    Cross Petition Respondent,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>    Respondents and<br>    Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and<br>    Cross Petitioner. | Case No. A05-003 CV (RRB)<br><br>[PROPOSED] ORDER GRANTING ACS OF ANCHORAGE, INC.'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION GCI'S MOTION FOR JUDICIAL NOTICE AND SUPPLEMENTATION OF RECORD |

1

Respondent ACS of Anchorage, Inc., having filed a Motion for Leave to File Surreply in Opposition to GCI' Motion for Judicial Notice and Supplementation of Record, and the matter having been fully considered,

IT IS HEREBY ORDERED that the motion is GRANTED. ACS may file a Surreply in Opposition to GCI' Motion for Judicial Notice and Supplementation of Record.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

By: _____
The Honorable Ralph Beistline
District Court Judge

I HEREBY CERTIFY that on the 26th day of June, 2006, a true and correct copy of the foregoing was served electronically on the following:

Mark Moderow
Martin M. Weinstein
GCI Communication Corp
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robert A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

By: _____
Tindall Bennett & Shoup, PC

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2