IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner and<br>    Cross Petition Respondent,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>    Respondents and<br>    Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and<br>    Cross Petitioner. | Case No. A05-003 C/V (RRB)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE CROSS-PETITION REPLY BRIEF RE: FINAL RATES AND TERMS** |

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

The parties, by and through their respective counsel, stiplate and agree that Respondent and Cross-Petitioner ACS of Anchorage, Inc., may have a one-month extension until August 10, 2006, within which to file its reply brief in support of its cross-petition re: the final rates and terms.

DATED at Anchorage, Alaska, this 28th day of June, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Respondent and Cross-Petitioner ACS of Anchorage, Inc.

By: _____
Richard W. Maki
ABA No. 8211126

DATED at Anchorage, Alaska, this 28th day of June, 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

By: _____
Martin M. Weinstein
Regulatory Attorney
ABA No. 9306051

DATED at Anchorage, Alaska, this 28th day of June, 2006.

DAVID W. MARQUEZ
ATTORNEY GENERAL
Attorney for the Respondent
RCA Commissioners

By: _____
Robert A. Royce
Assistant Attorney General
ABA No. 8511193