TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner and<br>    Cross Petition Respondent,<br><br>-vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>    Respondents and<br>    Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and<br>    Cross Petitioner. | Case No. A05-003 C/V (RRB)<br><br>**[PROPOSED]**<br>**ORDER GRANTING**<br>**STIPULATION FOR**<br>**EXTENSION OF TIME TO FILE**<br>**CROSS-PETITION REPLY BRIEF**<br>**RE: FINAL RATES AND TERMS** |

1

The parties having filed a Stipulation for Extension to Time to File Cross-Petition Reply Brief Re: Final Rates and Terms, and the matter having been fully considered,

IT IS ORDERED that the stipulation is GRANTED. ACS of Anchorage, Inc., shall have until August 10, 2006, within which to file its reply brief in support of its cross-petition re: the final rates and terms.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2