IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a<br>GENERAL COMMUNICATION, INC.,<br>d/b/a GCI,<br><br>      Petitioner and<br>      Cross Petition Respondent,<br><br>      -vs-<br><br>KATE GIARD, in her official capacity as<br>Chairwoman of the Regulatory Commission<br>Of Alaska;<br>DAVE HARBOUR, in his official capacity as<br>Commissioner of the Regulatory Commission<br>Of Alaska;<br>MARK K. JOHNSON, in his official capacity as<br>Commissioner of the Regulatory Commission<br>Of Alaska;<br>ANTHONY PRICE, in his official capacity as<br>Commissioner of the Regulatory Commission<br>Of Alaska;<br>JAMES S. STRANDBERG, in his official<br>capacity as Commissioner of the Regulatory<br>Commission Of Alaska,<br><br>      Respondents and<br>      Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a<br>ALASKA COMMUNICATIONS SYSTEMS,<br>ACS LOCAL SERVICE, and ACS,<br><br>      Respondent and<br>      Cross Petitioner. | Case No. A05-003 C/V (RRB)<br><br><br><br><br><br><br><br>**STIPULATION FOR<br>EXTENSION OF TIME TO FILE<br>CROSS-PETITION REPLY BRIEF<br>RE: DELAY AND INTERIM<br>RATE ISSUES** |

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

1

The parties, by and through their respective counsel, stiplate and agree that Respondent and Cross-Petitioner ACS of Anchorage, Inc., may have a one-month extension until August 10, 2006, within which to file its reply brief in support of its cross-petition re: delay and interim rate issues.

DATED at Anchorage, Alaska, this _28th_ day of June, 2006.

        TINDALL BENNETT & SHOUP
        Attorneys for Respondent and Cross-
        Petitioner ACS of Anchorage, Inc.

        By: _____
            Richard W. Maki
            ABA No. 8211126

DATED at Anchorage, Alaska, this _28th_ day of June, 2006.

        GCI COMMUNICATION CORP. d/b/a
        GENERAL COMMUNICATION, INC.
        d/b/a GCI

        By: _____
            Martin M. Weinstein
            Regulatory Attorney
            ABA No. 9306051

DATED at Anchorage, Alaska, this _28th_ day of June, 2006.

        DAVID W. MARQUEZ
        ATTORNEY GENERAL
        Attorney for the Respondent
        RCA Commissioners

        By: _____
            Robert A. Royce
            Assistant Attorney General
            ABA No. 8511193

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536