# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

GCI COMMUNICATION CORP., d/b/a )
GENERAL COMMUNICATION, INC., )
d/b/a GCI, )
                       )
       Petitioner and )
       Cross Petition Respondent, )
                       )
         -vs- )  Case No. A05-003 C/V (RRB)
                       )
KATE GIARD, in her official capacity as )
Chairwoman of the Regulatory Commission )
Of Alaska; )
DAVE HARBOUR,  in his official capacity as )  [~~PROPOSED~~]
Commissioner of the Regulatory Commission )  **ORDER GRANTING**
Of Alaska; )  **STIPULATION FOR**
MARK K. JOHNSON, in his official capacity as )  **EXTENSION OF TIME TO FILE**
Commissioner of the Regulatory Commission )  **CROSS-PETITION REPLY BRIEF**
Of Alaska; )  **RE: FINAL RATES AND TERMS**
ANTHONY PRICE, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
JAMES S. STRANDBERG, in his official )
capacity as Commissioner of the Regulatory )
Commission Of Alaska, )
                       )
       Respondents and )
       Cross Petition Respondents, )
                       )
and )
                       )
ACS OF ANCHORAGE, INC., d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and ACS, )
                       )
       Respondent and )
       Cross Petitioner. )
_____ )

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

1

The parties having filed a Stipulation for Extension to Time to File Cross-Petition Reply Brief Re: Final Rates and Terms, and the matter having been fully considered,

IT IS ORDERED that the stipulation is GRANTED. ACS of Anchorage, Inc., shall have until August 10, 2006, within which to file its reply brief in support of its cross-petition re: the final rates and terms.

DATED at Anchorage, Alaska this ____ day of ____ June ____, 2006.

## REDACTED SIGNATURE

Hon. Ralph R. Beistline
U.S. District Court Judge

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2