**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**


   GCI COMMUNICATION CORP.    v.   ACS OF ANCHORAGE, et al.

DATE:    June 29, 2006    CASE NO.    3:05-cv-0003-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **GRANTING EXTENSIONS**

═══════════════════════════════════════════════════════════════


        Pursuant to the stipulations for extension of time filed

at Dockets 89 and 90, ACS of Anchorage shall have until the close

of business on **August 10, 2006**, in which to file its reply briefs

to its cross-petitions filed at Dockets 53 and 54.


M.O. GRANTING EXTENSIONS