IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner and<br>    Cross Petition Respondent,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>    Respondents and<br>    Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>    Respondent and<br>    Cross Petitioner. | Case No. A05-003 CV (RRB)<br><br>**ORDER GRANTING ACS OF ANCHORAGE, INC.'S MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION GCI'S MOTION FOR JUDICIAL NOTICE AND SUPPLEMENTATION OF RECORD** |

1

Respondent ACS of Anchorage, Inc., having filed a Motion for Leave to File Surreply in Opposition to GCI' Motion for Judicial Notice and Supplementation of Record, and the matter having been fully considered,

IT IS HEREBY ORDERED that the motion is GRANTED. ACS may file a Surreply in Opposition to GCI' Motion for Judicial Notice and Supplementation of Record. ☆

DATED at Anchorage, Alaska, this 17 day of July, 2006.

By: _____
The Honorable Ralph Beistline
District Court Judge

☆ To be filed by close of business on July 24, 2006.

2