IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>　　　　　Petitioner and<br>　　　　　Cross Petition Respondent,<br><br>　　　　　-vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska;<br>DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>MARK K. JOHNSON, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>ANTHONY PRICE, in his official capacity as Commissioner of the Regulatory Commission Of Alaska;<br>JAMES S. STRANDBERG, in his official capacity as Commissioner of the Regulatory Commission Of Alaska,<br><br>　　　　　Respondents and<br>　　　　　Cross Petition Respondents,<br><br>and<br><br>ACS OF ANCHORAGE, INC., d/b/a ALASKA COMMUNICATIONS SYSTEMS, ACS LOCAL SERVICE, and ACS,<br><br>　　　　　Respondent and<br>　　　　　Cross Petitioner. | Case No. A05-003 C/V (RRB)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**SUPPLEMENTAL APPENDIX TO ACS OF ANCHORAGE, INC.'S CROSS-PETITION REPLY BRIEFS** |

**FCC Orders**

In the Matter of Core Communications, Inc. v. Verizon Maryland, Inc., 8 F.C.C.R. 7962 (2003) .................................................................Exhibit 18

In the Matter of Joint Petition of MCI WorldCom, et al., 18 F.C.C.R. 9473 (2003) .........................................................................Exhibit 19

In the Matter of Petition for Commission Assumption of Jurisdiction of Low Tech Designs, Inc.'s Petition for Arbitration, 13 F.C.C.R. 1755 (1997) ...............................................................Exhibit 20

In the Matter of Petition of Supra Telecommun. & Info. Systems, Inc., 17 F.C.C.R. 22884 (2002) ..........................................................Exhibit 21

In the Matter of Petition of WorldCom, Inc., 16 F.C.C.R. 6224 (2001)............Exhibit 22

In the Matter of Starpower Commun., LLC, 15 F.C.C.R. 11277 (2000).........Exhibit 23

**State Commission Decisions**

In the Matter of the Local Exchange Revenue-Requirement, Depreciation, etc., RCA Docket U-01-34, Order No. 20 (Feb. 12, 2003).........Exhibit 24

In the Matter of the Local Exchange Revenue-Requirement, Depreciation, etc., RCA Docket U-01-34, Order No. 22 (May 23, 2003).........Exhibit 25

In the Matter of the Petition by GCI Communication Corp., RCA Docket U-99-141, Order No. 9 (Aug. 24, 2000)......................................Exhibit 26

**Memoranda**

In the Matter of ACS of Anchorage, Inc. and ACS of Fairbanks, Inc., WC Docket No. 02-201, Opposition of General Communication, Inc., (Aug. 20, 2002).........................................................................Exhibit 27

In the Matter of ACS of Anchorage, Inc. and ACS of Fairbanks, Inc., WC Docket No. 02-201, Comments of the Regulatory Commission of Alaska (Aug. 19, 2002)...............................................................Exhibit 28

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

By: /s/ Richard W. Maki
_____
Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536