**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

GCI COMMUNICATION CORP., d/b/a )
GENERAL COMMUNICATION, INC., )
d/b/a GCI, )
           )
      Petitioner and )
      Cross Petition Respondent, )
           )
      -vs- )    Case No. A05-003 C/V (RRB)
           )
KATE GIARD, in her official capacity as )
Chairwoman of the Regulatory Commission )
Of Alaska; )
DAVE HARBOUR, in his official capacity as )
Commissioner of the Regulatory Commission )
Of Alaska; )
MARK K. JOHNSON, in his official capacity as )
Commissioner of the Regulatory Commission )  **ACS OF ANCHORAGE, INC.'S**
Of Alaska; )  **REQUEST FOR ORAL**
ANTHONY PRICE, in his official capacity as )  **ARGUMENT ON ITS**
Commissioner of the Regulatory Commission )  **CROSS-PETITION RE: DELAY**
Of Alaska; )  **AND INTERIM RATE ISSUES**
JAMES S. STRANDBERG, in his official )
capacity as Commissioner of the Regulatory )
Commission Of Alaska, )
           )
      Respondents and )
      Cross Petition Respondents, )
           )
and )
           )
ACS OF ANCHORAGE, INC., d/b/a )
ALASKA COMMUNICATIONS SYSTEMS, )
ACS LOCAL SERVICE, and ACS, )
           )
      Respondent and )
      Cross Petitioner. )
_____ )

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

ACS of Anchorage, Inc., by and through counsel, and pursuant to Local District Court Rule 7.2(a), hereby requests oral argument on its cross-petition re: delay and interim rate issues.

Undersigned counsel wishes to advise the court that he will not be available for argument from September 14 through October 6, 2006.

DATED at Anchorage, Alaska, this 10th day of August, 2006.

TINDALL BENNETT & SHOUP
Attorneys for Respondent and
Cross Petitioner ACS of Anchorage, Inc.


By: /s/ Richard W. Maki
        Richard W. Maki
        ABA No. 8211126

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp
2550 Denali Street, Suite 1000
Anchorage. AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501


        /s/ Richard W. Maki
By: _____
        Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

4