IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GCI COMMUNICATION CORP., d/b/a )
GENERAL COMMUNICATION, INC., )
d/b/a GCI, )
)
)
      Petitioner, )
)
    -vs- )  Case No. A05-003 C/V (RRB)
)
KATE GIARD, in her official capacity as )
Chairwoman of the Regulatory Commission )
Of Alaska; *et al.*, )
)
      Respondents. )
)

### NOTICE OF FILING [PROPOSED] ORDER

ACS of Anchorage, Inc., by and through counsel of record, gives notice of filing the attached [Proposed] Order For Oral Argument On Its Cross-Petition Re: Delay and Interim Rate Issues. The Request for Oral Argument was filed on August 10, 2006, Docket No. 100.

DATED at Anchorage, Alaska, this 10th day of August, 2006.

      TINDALL BENNETT & SHOUP
      Attorneys for Respondent and
      Cross Petitioner ACS of Anchorage, Inc.


      By: /s/ Richard W. Maki
          Richard W. Maki
          ABA No. 8211126

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

By:  /s/ Richard W. Maki
    ──────────────────────────
    Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536