**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>　　　　Petitioner,<br><br>　　-vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; *et al.*,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. A05-003 C/V (RRB)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Respondent and Cross-Petitioner ACS of Anchorage, Inc., having filed a Request For Oral Argument On Its Cross-Petition Re: Delay and Interim Rate Issues, and the matter having been fully considered,

IT IS ORDERED that the request is GRANTED.

Oral Argument is scheduled for _____, 2006, at _____ ___.M., at _____.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Hon. Ralph R. Beistline
U.S. District Court Judge

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

By: /s/ Richard W. Maki
_____
Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

2