IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a<br>GENERAL COMMUNICATION, INC.,<br>d/b/a GCI,<br><br>    Petitioner,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as<br>Chairwoman of the Regulatory Commission<br>Of Alaska; *et al.*,<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. A05-003 C/V (RRB)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF FILING [PROPOSED] ORDER**

ACS of Anchorage, Inc., by and through counsel of record, gives notice of filing the attached [Proposed] Order For Oral Argument On Its Cross-Petition Re: Final Rates And Terms. The Request for Oral Argument was filed on August 10, 2006, Docket No. 99.

DATED at Anchorage, Alaska, this 10th day of August, 2006.

                TINDALL BENNETT & SHOUP
                Attorneys for Respondent and
                Cross Petitioner ACS of Anchorage, Inc.

                By: /s/ Richard W. Maki
                     Richard W. Maki
                     ABA No. 8211126

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

By: /s/ Richard W. Maki
_____
Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536