# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; *et al.*,<br><br>    Respondents. | Case No. A05-003 C/V (RRB) |

## ORDER

Respondent and Cross-Petitioner ACS of Anchorage, Inc., having filed a Request For Oral Argument On Its Cross-Petition Re: Final Rates And Terms, and the matter having been fully considered,

IT IS ORDERED that the request is GRANTED.

Oral Argument is scheduled for _____, 2006, at _____ \_\_\_.M., at _____.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

                                              Hon. Ralph R. Beistline
                                              U.S. District Court Judge

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of August, 2006, a true and correct copy of the foregoing was served electronically on the following:

Martin M. Weinstein
Mark Moderow
GCI Communication Corp
2550 Denali Street, Suite 1000
Anchorage, AK 99503

Robery A. Royce
Assistant Attorney General
Department of Law
1031 W 4th Avenue, Suite 200
Anchorage, AK 99501

By: /s/ Richard W. Maki
    Tindall Bennett & Shoup