UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  GCI  </u>  v.  <u>  GIARD, et al. and ACS  </u>

DATE:   <u>  August 10, 2006  </u>     CASE NO.   <u>  3:05-CV-0003-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING ORAL ARGUMENT**

---

Oral argument (1 hour) on the parties' briefs will be held on **Friday, September 15, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.  Counsel or parties needing to attend telephonically are to contact Carolyn Bollman at 451-5791, at least 2 working days in advance, to make appropriate arrangements.

M.O. SCHEDULING ORAL ARGUMENT