DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>Petitioner,<br><br>-vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission of Alaska; *et al.*,<br><br>Respondents. | Case No. A05-003-CIV (RRB) |

## UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT

Comes now the Individual Commissioners of the Regulatory Commission of Alaska and hereby move to continue the oral argument in this case set for September 15, 2006. The undersigned counsel respectfully requests that the oral argument be

Unopposed Motion to
Continue Oral Argument
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)

Page 1

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

rescheduled for October 13, 2006. This motion is supported by the attached Affidavit of Counsel.

DATED this 16th day of August, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Robert A. Royce
Robert A. Royce
Assistant Attorney General
Alaska Bar No.: 8511193

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Unopposed Motion to              Page 2
Continue Oral Argument
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)