DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>        Petitioner,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission of Alaska; *et al.*,<br><br>        Respondents. | Case No. A05-003-CIV (RRB) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2006, true and correct copies of the UNOPPOSED MOTION TO CONTINUE ORAL ARGEMENT, AFFIDAVIT OF ROBERT A. ROYCE, ORDER, and this CERTIFICATE OF SERVICE were served by electronic filing on the following individuals:

1
2  Mark Moderow
   Martin Weinstein
3  General Communication, Inc.
   2550 Denali Street, Ste. 1000
4  Anchorage, Alaska 99503

5  Richard W. Maki
   Tindall Bennett & Shoup, PC
6  508 W. 2nd Avenue, 3rd FL
7  Anchorage, Alaska 99501

8  **Mailed without Enclosures to:**

9  Kate Giard, Chairman
10 Regulatory Commission of 701
   W. 8th Ave., Ste. 300
11 Anchorage, AK  99501

12

13 /s/ Leilani Tufaga
14 Leilani Tufaga
   Law Office Assistant

15
16
17
18
19
20
21
22
23
24
25
26

Certificate of Service                    Page 2
*GCI Communication Corp., v. Giard*
Case No.:  A05-003-CIV (RRB)

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100