DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI,<br><br>    Petitioner,<br><br>    -vs-<br><br>KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission of Alaska; *et al*.<br><br>    Respondents. | Case No. A05-003-CIV (RRB) |

### ORDER

On the basis of the Individual Commissioners of the Regulatory Commission of Alaska's Unopposed Motion to Continue Oral Argument, it is hereby

///

///

Order                                    Page 1
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)

ordered that oral argument is rescheduled for October 13, 2006 at 9:00 a.m. in Courtroom two, in Anchorage, Alaska.

_____  
Date

_____  
Hon. Ralph R. Beistline  
U.S. District Court Judge

Order  Page 2
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)