DAVE W. MÁRQUEZ
ATTORNEY GENERAL

Robert A. Royce
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, Alaska 99501
Phone: 907-269-5200
Fax: 907-276-8554

Attorney for the Individually named Respondents

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d/b/a GENERAL COMMUNICATION, INC., d/b/a GCI, <br><br> Petitioner, <br><br> -vs- <br><br> KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission of Alaska; *et al*. <br><br> Respondents. | Case No. A05-003-CIV (RRB) |

**AFFIDAVIT OF ROBERT A. ROYCE**

Robert A. Royce being duly sworn and deposes and states:

1.  I am an Assistant Attorney General for the State of Alaska and I am counsel of record for the Individual Commissioners of the Regulatory Commission of Alaska in the above captioned case.

Affidavit of Robert A. Royce                     Page 1
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)

2. On August 10, 2006, the court scheduled oral argument in this case for September 15, 2006 at 9:00 a.m.

3. I, however, respectfully request that oral argument in this case be rescheduled given my obligations to prepare and file a state superior court appeal brief on behalf of the Commission in *GCI Communications, Inc. v. RCA,* Case No.: 3AN-06-0783. The Commission's brief in that case is due September 15, 2006, the same date that oral argument in the above captioned case is set.

4. Because of this conflict, I respectfully request that oral argument in this case be rescheduled.

5. On August 11, 2006, I spoke with Richard Maki, counsel for ACS and Martin Weinstein, counsel for GCI. Both Mr. Maki and Mr. Weinstein stated that they are available on October 13, 2006 for oral argument in this case. In addition, counsel for ACS and GCI further represented to me that they do not oppose my request to reschedule the oral argument.

6. I, therefore, respectfully request that oral argument currently set for September 15, 2006 be rescheduled for October 13, 2006 at 9:00 a.m., if the court is available on that date.

///

///

Affidavit of Robert A. Royce                      Page 2
*GCI Communication Corp., v. Giard*
Case No.: A05-003-CIV (RRB)

7. This request is not made for the purpose of delay.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: /s/ Robert A. Royce
Robert A. Royce
Assistant Attorney General
Alaska Bar No.: 8511193

SUBSCRIBED AND SWORN to before me this 16th day of August, 2006.

/s/ Leilani J. Tufaga
Notary Public in and for Alaska
My commission expires: with office