```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                      GCI   v.   GIARD, et al.

DATE:     October 6, 2006       CASE NO.   3:05-cv-0003-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    MINUTE ORDER FROM CHAMBERS
                RESCHEDULING ORAL ARGUMENT
```

Due to an ongoing civil trial, the oral argument scheduled in this matter for October 13, 2006, is **RESCHEDULED** and will be held on **Friday, November 3, 2006, at 10:00 a.m.**, in Courtroom 2.  Counsel and parties needing to attend telephonically are to contact Carolyn Bollman at (907) 451-5791 to make arrangements.

M.O. RESCHEDULING ORAL ARGUMENT