UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>   GCI   </u>   v.   <u>  GIARD, et al.  </u>

DATE:   <u>  October 6, 2006  </u>      CASE NO.   <u>  3:05-cv-0003-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING ORAL ARGUMENT**

---

      Due to an ongoing civil trial, the oral argument scheduled in this matter for October 13, 2006, is **RESCHEDULED** and will be held on **Friday, November 3, 2006, at 10:00 a.m.**, in Courtroom 2. Counsel and parties needing to attend telephonically are to contact Carolyn Bollman at (907) 451-5791 to make arrangements.