Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Email:  **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI | ) ) ) ) |
| Petitioner | ) Case No. A05-003 CIV(RRB) ) |
| v. | ) ) |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; | ) ) ) ) |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; | ) ) ) ) |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; | ) ) ) ) |
| And, | ) ) ) |

| | |
|---|---|
| ACS OF ANCHORAGE, INC. d/b/a | ) |
| ALASKA COMMUNICATIONS SYSTEMS, | ) |
| ACS LOCAL SERVICE, and, ACS; | ) |
| | ) |
| Respondents. | ) |
| | ) |

## UNOPPOSED MOTION TO RE-SCHEDULE ORAL ARGUMENT

Pursuant to Local Rule 7.1, Petitioner GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI"), by and through undersigned counsel, together with counsel for the Individual Regulatory Commissioners of Alaska hereby jointly move the Court to reschedule the oral argument set for November 3, 2006 by Minute Order dated October 6, 2006. By Minute Order dated October 6, 2006, the Court moved the date for oral argument from October 13, 2006 to November 3, 2006. The November 3rd date, however, is unworkable for both of the undersigned due to other workload commitments. In particular, counsel for the RCA Commissioners will be out of town on November 3, 2006 attending a hearing before FERC in Washington, D.C. The undersigned have discussed moving the date for oral argument to Friday, November 17, 2006 with counsel for ACS, and he does not oppose this motion.

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion To Reschedule Oral Argument
October 11, 2006
Page 2 of 3

Respectfully submitted this 11th day of October 2006.

GCI COMMUNICATION CORP. d/b/a GENERAL COMMUNICATION, INC. d/b/a GCI

By: /s Martin Weinstein
    Martin M. Weinstein
    Regulatory Attorney
    Alaska Bar No. 9306051

DAVID W. MARQUEZ
ATTORNEY GENERAL
Attorney for the RCA Commissioners

By: /s Robert A. Royce
    Robert A. Royce
    Assistant Attorney General
    1031 W. 4th Avenue, Ste. 200
    Anchorage, Alaska 99501
    Alaska Bar No. 8511193

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 11th day of October 2006.

Robert Royce
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501

Richard Maki
Tindall Bennett & Shoup
508 West 2d Avenue, Third Floor
Anchorage, Alaska 99501

By: /s Martin Weinstein
    Martin M. Weinstein
    Regulatory Attorney at GCI
    Alaska Bar No. 9306051

Case No. Case No. A05-003 CIV (RRB)
Unopposed Motion To Reschedule Oral Argument
October 11, 2006
Page 3 of 3

GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600