Martin M. Weinstein
General Communication, Inc.
2550 Denali Street, Suite 1000
Anchorage, Alaska 99503
Phone: 907-868-6561
Fax: 907-265-5676
Email: **mweinstein@gci.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GCI COMMUNICATION CORP., d./b/a GENERAL COMMUNICATION, INC. d/b/a GCI  )<br>)<br>)<br>) | |
| Petitioner ) | Case No.: A05-003 CV(RRB) |
| v. ) | |
| KATE GIARD, in her official capacity as Chairwoman of the Regulatory Commission Of Alaska; )<br>)<br>)<br>) | |
| DAVE HARBOUR, in his official capacity as Commissioner of the Regulatory Commission Of Alaska; )<br>)<br>)<br>) | |
| MARK K. JOHNSON, in his official capacity As Commissioner of the Regulatory Commission of Alaska; )<br>)<br>)<br>) | |
| ANTHONY PRICE, in his official capacity As Commissioner of the Regulatory Commission of Alaska; )<br>)<br>)<br>) | |
| JAMES S. STRANDBERG, in his official Capacity as Commissioner of the Regulatory Commission of Alaska; )<br>)<br>)<br>) | |

Case No. A05-003
[Proposed] Order Re: Unopposed Motion To Reschedule Oral Argument
October 11, 2006
Page 1 of 3

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

And,                                                    )
                                                        )
ACS OF ANCHORAGE, INC. d/b/a                            )
ALASKA COMMUNICATIONS SYSTEMS,                          )
ACS LOCAL SERVICE, and, ACS;                            )
                                                        )
      Respondents.                              )
                                                        )

## [PROPOSED] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI") and the Individual Commissioners of the Regulatory Commission of Alaska have jointly filed an unopposed motion requesting that the Court reschedule the oral argument from November 3, 2006 to November 17, 2006. ACS does not oppose this motion.

The matter having been fully considered,

**IT IS SO ORDERED** that the motion is **GRANTED,** and the oral argument currently scheduled for November 3, 2006 is moved to November 17, 2006 at _____.

**DATED** at _____, Alaska, this _____ day of _____, 2006.

                                    _____
                                    Ralph R. Beistline
                                    District Court Judge

GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served on the counsel of record identified below this 11th day of October 2006.

>Robert Royce
>Assistant Attorney General
>Department of Law
>1031 W. 4th Avenue, Suite 200
>Anchorage, Alaska 99501
>
>Richard Maki
>Tindall Bennett & Shoup
>508 West 2d Avenue, Third Floor
>Anchorage, Alaska 99501
>
>By:   /s Martin Weinstein
>        Martin M. Weinstein
>        Regulatory Attorney at GCI
>        Alaska Bar No. 9306051

**GCI Communication Corp.**
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600