1
2  Martin M. Weinstein
3  General Communication, Inc.
   2550 Denali Street, Suite 1000
4  Anchorage, Alaska 99503
   Phone: 907-868-6561
5  Fax: 907-265-5676
   Email: mweinstein@gci.com
6
                    IN THE UNITED STATES DISTRICT COURT
7
                          FOR THE DISTRICT OF ALASKA
8

9  GCI COMMUNICATION CORP., d./b/a      )
10 GENERAL COMMUNICATION, INC. d/b/a    )
   GCI                                   )
11                                       )
                Petitioner                ) Case No.: A05-003 CV(RRB)
12                                       )
13 v.                                    )
                                          )
14 KATE GIARD, in her official capacity as )
   Chairwoman of the Regulatory Commission )
15 Of Alaska;                             )
                                          )
16                                       )
   DAVE HARBOUR, in his official capacity as )
17 Commissioner of the Regulatory Commission )
   Of Alaska;                             )
18                                       )
                                          )
19 MARK K. JOHNSON, in his official capacity )
   As Commissioner of the Regulatory      )
20 Commission of Alaska;                  )
                                          )
21 ANTHONY PRICE, in his official capacity )
   As Commissioner of the Regulatory      )
22 Commission of Alaska;                  )
                                          )
23                                       )
   JAMES S. STRANDBERG, in his official   )
24 Capacity as Commissioner of the Regulatory )
   Commission of Alaska;                  )
25                                       )
26
27 Case No. A05-003
   [Proposed] Order Re: Unopposed Motion To Reschedule Oral Argument
   October 11, 2006
   Page 1 of 3



GCI Communication Corp.
2550 Denali Street, Suite 1000
Anchorage, AK 99503
(907) 265-5600

And,

ACS OF ANCHORAGE, INC. d/b/a
ALASKA COMMUNICATIONS SYSTEMS,
ACS LOCAL SERVICE, and, ACS;

   Respondents.

## [PROPOSED] ORDER

GCI Communication Corp. d/b/a General Communication, Inc. d/b/a GCI ("GCI") and the Individual Commissioners of the Regulatory Commission of Alaska have jointly filed an unopposed motion requesting that the Court reschedule the oral argument from November 3, 2006 to November 17, 2006. ACS does not oppose this motion.

The matter having been fully considered,

**IT IS SO ORDERED** that the motion is **GRANTED,** and the oral argument currently scheduled for November 3, 2006 is moved to November 17, 2006 at  9:00 AM .

DATED at Anchorage Alaska, this 11th day of October 2006.

S/RRB
Ralph R. Beistline
District Court Judge

Case No. A05-003
[Proposed] Order Re: Unopposed Motion To Reschedule Oral Argument
October 11, 2006
Page 2 of 3