```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

<u>GCI COMMUNICATIONS CORPORATION</u>
vs.
<u>KATE GIARD, DAVE HARBOR, MARK JOHNSON, ANTHONY PRICE, JAMES STRANDBERG</u>
<u>ACS OF ANCHORAGE, INC.</u>

BEFORE THE HONORABLE   <u>RALPH R. BEISTLINE</u>
CASE NO. <u>              3:05-CV-00003-RRB              </u>

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:     MARTIN WEINSTEIN/MARK MODEROW

               DEFENDANT:     ROBERT ROYCE
                              RICHARD MAKI/MARTHA BECKWITH

PROCEEDINGS: HEARING RE PLAINTIFF'S MOTION AT 49, DEFENDANTS
             MOTIONS AT 53 AND 54 Held 11/17/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re parties oral argument re plaintiff's motion at 49 and defendant's motions at 53 and 54.

Arguments heard.

Court heard; this matter is **TAKEN UNDER ADVISEMENT**; written ruling to issue.

At 10:36 a.m. court convened.

DATE:   <u>November 17, 2006</u>     DEPUTY CLERK'S INITIALS: <u>  ce  </u>